UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALUMINUM BAHRAIN, B.S.C, | : | Civ. No. 2:08-cv-00299-DWA |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALCOA, INC., ALCOA WORLD | : | |
| ALUMINA LLC, WILLIAM RICE, | : | |
| and VICTOR DAHDALEH, | : | |
| | : | |
| Defendants. | : | |

### O R D E R

WHEREAS, on the unopposed application of the United States of America for an order permitting the United States to intervene pursuant to Federal Rule of Civil Procedure 24 and for a stay of discovery in this case; and for good and sufficient cause shown,

IT IS HEREBY ORDERED that the United States is hereby granted leave to intervene in this case for the limited purpose of moving for a stay of discovery; and

IT IS FURTHER ORDERED that all discovery in this matter under Federal Rules of Civil Procedure 26 through 36 and any other applicable rules governing discovery under Rules 26 through

36 is stayed pending further order of this Court.

SO ORDERED this 27th day of March, 2008.

*Donetta W. Ambrose*
HON. DONETTA W. AMBROSE
UNITED STATES DISTRICT JUDGE

-2-