IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Aluminum Bahrain, B.S.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8-299 |
| | ) | |
| ALCOA, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

AMBROSE, District Judge

## ORDER OF COURT

During the November 3, 2011 Status Conference, the parties discussed the procedural status of this Case, including the continued effect of the March 27, 2008 Court Order staying all discovery, vacating the prior Order requiring Plaintiff to file a RICO Case Statement and administratively closing the Case pending the completion of the Department of Justice's investigation into related matters.  Having considered the parties' respective arguments articulated at the Conference, the following Order is entered:

(1) The case is re-opened;

(2) Plaintiff is permitted to file an Amended Complaint within 20 days of the date of this Order;

(3) The parties shall enter into a Confidentiality Agreement limited to attorneys' eyes only with respect to a review of the Plaintiff's RICO Case Statement;

(4) Once the Confidentiality Agreement is executed, the parties shall meet and confer to determine what portion of the RICO Case Statement must be redacted;

(5) Plaintiff shall file a Redacted RICO Case Statement as well as an Unredacted RICO Case Statement, though the Unredacted RICO Case Statement shall be filed under seal.  The RICO Case Statements must be filed within 30 days of the filing of the Amended Complaint;

(6) Defendants may then file Motions to Dismiss challenging the sufficiency of the Amended Complaint.  The Motions to Dismiss and any supporting Briefs must be filed under seal in the event that they reference the Unredacted RICO Case Statement.  Motions to Dismiss are due within 30 days of the filing of the RICO

Case Statements. Briefs in Opposition are due within 20 days of the filing of the Motion to Dismiss.  Reply Briefs are due 5 days thereafter.  Counsel are urged to consult Judge Ambrose's Chambers Rules regarding page lengths.

(7) The Court will revisit the issue of unsealing any sealed portion of the record, if necessary, within six months of the date of this Order, unless the Government provides good cause against such unsealing.

Date: November 8, 2011				By the Court:
						/s/ Donetta W. Ambrose
						Donetta W. Ambrose
						Senior Judge, U.S. District Court