# Exhibit 1



ALCOA



## AA Alumina & Chemicals

AA Alumina & Chemicals is an associate company of
Alcoa of Australia Limited

**European Office**
4th Floor, Alcoa Building
Avenue d'Ouchy 61
CH-1006 Lausanne, Switzerland

**Shipping & Admin Enquiries**
Tel: +61 8 9202 1111
Fax: +61 8 9202 1101

To:
Aluminium Bahrain BSC (c)
PO Box 570 – Code 10
150 Hawar Avenue
Askar 951
Kingdom of Bahrain

Attention : Tender Board Secretary



RECEIVED
2 9 SEP 2004

Dear Sirs,

**Subject:**    **Tender for Alumina Supply - RQF NO. R/0253/TB**

We have great pleasure in submitting our tender for alumina supply for your kind consideration. Our offer is made for supply of Western Australian alumina from Alcoa's refineries.

As we are your current supplier, we believe that you have full understanding of our product and its performance in your smelter.  For this reason, knowing that you already have the data, we have not included product quality data other than a copy of the standard specification. Similarly, as we have been your supplier for many years, we believe that you have a full understanding of our production facilities and ship loading capabilities, and that inclusion of such detail in our tender package is of no further practical help to your assessment process.

Our tender structure is based on our long term view of the alumina market and the conditions we believe are necessary to sustain the industry, and also with a strong desire to reflect the nature of our successful business relationship over many, many years.  You are our very important customer.  This supply offer is a very significant and important part of our overall business, and we believe of your business.

We have approached this offer with a view to the long term and with 100% confidence of our supply source and capability throughout the whole term of supply, both in the early years and later. We are also offering 100% of the contract volume to be loaded in 60,000 tonnes (nominal) shipments. **We believe that we are the only bidder who can firmly offer these items**. Others may offer smaller packages of Alcoa WA alumina, but none of their volume can be loaded in 60,000 tonne ships! Any claim to the contrary should be challenged.

We trust that our tender will meet with your approval and we very much look forward to hearing from you.

Yours sincerely,

David Debney.

29/9/04   - 1 -

 **ALCOA**   **Tender for Alumina Supply for Aluminium Bahrain B.S.C. (c)**
**Valid until 31st October 2004.**

RECEIVED
2 9 SEP 2004

1   Annual Quantity:
Full requirements of the ALBA smelter of nominal 1,600,000 mt per year.  This offer does not include any option on the part of the Buyer for partial purchase volumes.

2   Contract duration:
10 years, from 2005 through to 2014 inclusive.
Please note: It is open to discuss different duration and pricing combinations.

3   Source:
100% from Alcoa refineries in Western Australia owned and operated by Alcoa of Australia Ltd., or as agreed from time to time by agreement with ALBA.  Specification as per attached and as modified by Alcoa from time to time.  Shiploading to occur at Alcoa's portsite in Western Australia.

4   Shipment size:
Nominal 60,000 mt ships loaded at Alcoa's WA portsite.  Individual shipments to have load tolerance, for shipping purposes only, of plus/minus 5% in ship owner's option

5   Laydays:
30 days primary laydays for each cargo will be agreed in advance for the whole contracted year. These 30 primary laydays will be narrowed to 12 final laydays for each cargo and declared 30 days before the commencement of the 30 primary laydays.

6   LME:
LME means the average three months ask price per metric tonne of HG aluminium ingots on the London Metals Exchange as published in Metals Week for the month prior to the month in which the Bill of Lading is issued.

7   Supply Contract:
This offer is subject to subsequent full agreement on contract terms and conditions which govern this supply.

8   Terms of Payment:
Payment in United States Dollars by TT to Seller's nominated bank account no later than three (3) days after receipt of shipping documents evidencing the shipment.

9   Pricing:

Years 2005 to 2009 :

1.1 million tonnes per contract year at 18.35% LME + $25 per mt **CIF basis** and a further 0.5 million tonnes per contract year at 10.0% LME + $25 per mt **CIF basis**.  All individual shipments to be proportioned on this basis.  In any contract year, the 0.5 million tonne part cannot be purchased separately from or before the 1.1 million tonne part.

For years 2005 and 2006 only an alternative pricing can be negotiated in the range USD 270 – 300 per mt.  This must be negotiated and finalised within 14 days of successful award of the tender.  If agreement cannot be reached in this period, pricing defaults to the above formulae.

- 2 -



**ALCOA**

### Tender for Alumina Supply for Aluminium Bahrain B.S.C. (c) (...contd.)
### Valid until 31st October 2004.

<u>Pricing (contd):</u>

<u>Years 2010 to 2014:</u>

1.1 million tonnes per contract year at 17.15% LME per mt **FOB basis** and a further 0.5 million tonnes per contract year at 10.0% LME **FOB basis**. All individual shipments to be proportioned on this basis. In any contract year, the 0.5 million tonne part cannot be purchased separately from or before the 1.1 million tonne part.

10  <u>Confidentiality</u>

This offer is contingent upon being held confidential to the ALBA Tender Board. Breach of this confidentiality immediately voids this offer.

David Debney.

RECEIVED

- 3 -

**ALCOA WORLD ALUMINA - AUSTRALIA**
**TYPICAL RANGE SMELTER GRADE ALUMINA**

| PROPERTY | TYPICAL RANGE | GUARANTEED |
|---|---|---|
| +100 Mesh (150 microns)  % | 3 - 5 | 14 max |
| +200 Mesh ( 75 microns)  % | 70 - 75 | - |
| +325 Mesh ( 45 microns)  % | 93 - 96 | 89 min |
| Superfines ( 20 microns)  % | 1 – 1.8 | 3 max |
| Attrition Index        % | 2 - 4 | 15 max |
| Loose Bulk Density (kg/m$^3$) | 955 - 995 | - |
| | | |
| BET Surface Area      Sq.m/g | 72 – 77 | - |
| Alpha Phase           % | 3 - 7 | 10 max |
| Loss on ignition (1000°C)  % | 0.77 - 0.87 | 1.0 max |
| | | |
| $Na_2O$          % | 0.38 - 0.44 | 0.55 max |
| CaO              % | 0.034 - 0.049 | 0.055 max |
| $SiO_2$          % | 0.006 - 0.015 | 0.025 max |
| $Fe_2O_3$        % | 0.007 - 0.012 | 0.020 max |
| $TiO_2$          % | 0.002 - 0.005 | 0.007 max |
| | | |
| Calculated alumina | | |
|    Dried Basis        % | 98.6 - 98.8 | 98.4 min |
|    Fired Basis        % | 99.4 - 99.5 | 99.0 min |

**Greg Kyne**
**Technical Manager - Kwinana**

**Ian Malley**
**Manager – Customer Technical Support, Alumina Marketing**

*Updated: 18 February, 2004*

RECEIVED 2 0 SEP 2004

ALUMINA SPECIFICATIONS
W:\QMS\TPS\Product Quality\



# AA Alumina & Chemicals

AA Alumina & Chemicals is an associate company of Alcoa of Australia Limited

**European Office**
4th Floor, Alcoa Building
Avenue d'Ouchy 61
CH-1006 Lausanne, Switzerland

**Shipping & Admin Enquiries**
Tel: +61 8 9202 1111
Fax: +61 8 9202 1101

| | |
|---|---|
| **To:** | Tender Board Secretary |
| **Company:** | Aluminium Bahrain BSC (c) |
| **Fax:** | +973 17 833 833 / 900 |
| **Pages:** | 1 |
| | |
| **From:** | David Debney |
| **Phone:** | +41 21 617 0184 |
| **Fax:** | +41 21 617 0359 |
| | |
| **Date:** | 28ᵗʰ September 2004 |

*RECEIVED 2 9 SEP 2004 TENDER BOARD EXE. GUNDRATNE (B)*

**Subject:**   **RQF NO. R/0253/TB Alumina Supply Tender**   **URGENT**

Dear Sirs,

We refer to our tender submitted to you and delivered by courier on 26ᵗʰ September 2004.

Due to unexpected and premature expiry of a freight option (in current very dynamic freight market conditions), which we had factored into the above offer, we now unfortunately must revise our tender offer slightly to accommodate this.

As such, we hereby give notice that in <u>clause 9</u> (on page 2) of our tender documents, the formulae in both the first and second lines of the paragraph immediately under the heading "Years 2005 to 2009" should be changed as follows:

   <u>Delete</u> the term "+$25" in both lines ; and
   <u>Replace it</u> with the term "+$30" in both lines.

All other aspects of our original tender are to remain unchanged.

We thank you for your understanding and patience in this matter.

Yours sincerely,

David Debney.

This facsimile transmission is only intended for the addressee indicated above. It may contain information that is privileged or otherwise protected from disclosure. Any disclosure, reproduction, distribution or other dissemination or use of this transmission other than by the addressee, is strictly prohibited.

This facsimile is for information only and we do not accept any responsibility for differences between the original and transmission copy. If all of the pages are received clearly, please contact us on the above number.

# Exhibit 2



**ALCOA**

# Alcoa World Alumina

201 Isabella Street
ABSC-3SW
Pittsburgh, PA 15212 USA
Fax: +1 (412) 553-4585

## Facsimile Cover Sheet

**To:** Mr. Bruce Hall
Chief Executive Officer
Aluminium Bahrain
**Fax:** +973 17 833 833

**From:** WILLIAM RICE
**Company:** ALCOA WORLD ALUMINA
**Phone:** 1-412-553-3954
**Fax:** 1-412-553-4585
**Date:** October 26, 2004
**Cc:** His Excellency Sheikh Isa Bin Ali Al-Khalifa
Alba Chairman & Minister of Oil

### Re: Alumina Supply to Aluminium Bahrain

For the avoidance of doubt and any confusion, this letter confirms to you that, for commercial reasons, AA Alumina and Chemicals, an associate company and distributor of Alcoa of Australia Ltd., is fully and solely authorized to negotiate the present alumina supply agreement with Alba.

Mr. David Debney, an employee of AA Alumina and Chemicals, is authorized to negotiate and finalize this contract.

With best regards

William J Rice
Vice President – Marketing,
Alcoa World Alumina

If you have trouble receiving this fax please contact M. Shinsky (412)553-4564          #          pages including cover

# Exhibit 3

OCT 29 2004 FRI 02:02 PM                            FAX NO. 4120004000              P. 01



# Alcoa World Alumina

201 Isabella Street
ABSC-3SW
Pittsburgh, PA 15212 USA
Fax: +1 (412) 553-4585

## Facsimile Cover Sheet

**To:** Mr. Bruce Hall
Chief Executive Officer
Aluminium Bahrain B.S.C.
**Fax:** 973 17 833 833

**From:** WILLIAM RICE
**Company:** ALCOA WORLD ALUMINA
**Phone:** 1-412-553-3954
**Fax:** 1-412-553-4585
**Date:** October 29, 2004
**Cc:** His Excellency Sheikh Isa Bin Ali Al-Khalifa
Alba Chairman & Minister of Oil
David Debney – AA Alumina

**RE: Alumina Supply to Aluminium Bahrain**
**Ref: Fax Dated 29-10-04 from Bruce Hall**

Dear Bruce,

Received your fax, and I am disappointed that you believe the offer which was submitted by our associated company, AA Alumina, into Alba's Alumina Tendering Process is not acceptable. We also share your view of the mutually beneficial relationship between Alba and Alcoa, and have every wish to continue. However, should Alba decide not to accept this offer, it is understandable that you will need to find alternatives in order to supply Alba's long term alumina requirements. I hope you can also appreciate this will dictate that we will direct the alumina, which we anticipate continuing to supply Alba, to other long term customers.

We are hopeful you accept the original alumina supply offer prior to its expiration, so we can continue to be Alba's alumina supplier for the next 10 years.

I am copying David Debney on this message so that he can continue to coordinate the finalization of this mater. I appreciate that you will communicate directly with David as this is brought to a conclusion.

Best regards,

William J. Rice
Vice President – Marketing
Alcoa World Alumina