## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1 | September 19, 1996 Additional Agreement between Alcoa of Australia Limited and Aluminium Bahrain B.S.C. |
| 2 | April 12, 2001 Letter from William Rice to H.E. Shaikh Isa Bin Ali Al-Khalifa |
| 3 | August 9, 2001 Facsimile from Nezam Mohammed Noor to William Rice re: Alumina Supply – year 2002 and 2003 |
| 4 | August 15, 2001 Email exchange between William Rice and Nezam Mohammed Noor re: Alumina Supply Contract for Year 2002 & 2003 |
| 5 | April 14, 2004 Email exchange between William Rice and Alba employees re: Alain Belda & Bruce Hall – Alba Tour |
| 6 | October 26, 2004 Facsimile from William Rice to Bruce Hall re: Alumina Supply to Aluminium Bahrain |
| 7 | October 29, 2004 Facsimile from William Rice to Bruce Hall re: Alumina Supply to Aluminium Bahrain |
| 8 | October 7, 1994 Invoice from Kwinalum Trading Pte Ltd to Aluminium Bahrain and March 7, 1997 Invoice from Alumet Asia Pte Ltd to Aluminium Bahrain |
| 9 | July 8, 2003 Letter from Sandra Ainsworth to Bruce Hall re: Extension of Current Alumina Supply Agreement for 2004 |
| 10 | February 23, 2000 Invoice from Alumet Asia Pte Ltd to Aluminium Bahrain and April 13, 2004 Invoice from AA Alumina & Chemicals to Aluminium Bahrain |
| 11 | September 4, 2000 Facsimile from David Dabney to Ahmed Al Noaimi re: 2001 Shipping Schedule |
| 12 | August 13, 2001 Letter from David Dabney to Nezam Mohammed Noor re: Addendum to Alumina Sales Agreement |
| 13 | September 26, 2004 Letter from David Debney to Tender Board Secretary re: Tender for Alumina Supply – RQF No. R/0253/TB |
| 14 | November 25, 2004 Revised Offer for Alumina Supply for Aluminium Bahrain |
| 15 | February 28, 2006 and November 18, 2004 Annual Returns of United Legal Engineering Consultants Limited |

| EXHIBIT | DESCRIPTION |
|---|---|
| 16 | April 2004 – March 2005 Bank Statements of Bruce Hall |
| 17 | December 8, 2003, October 10, 2004, June 16, 2005, and January 14, 2006 Bills of Lading from Alcoa World Alumina Australia to Aluminium Bahrain |
| 18 | January 13, 2000 and May 25, 2001 Invoices from Alcoa World Alumina Australia to Aluminium Bahrain |
| 19 | March 19, 1994 and June 26, 1994 Invoices from Kwinalum Trading Pte Ltd to Aluminium Bahrain |
| 20 | December 31, 1999 and December 28, 2000 Invoices from Alumet Asia Pte Ltd to Aluminium Bahrain |
| 21 | January 19, 2002, August 9, 2004 and September 14, 2004 Invoices from AA Alumina & Chemicals to Aluminium Bahrain and corresponding wire transfer instructions |
| 22 | November 12, 2006 Invoice from AA Alumina & Chemicals to Aluminium Bahrain and corresponding wire transfer instruction |
| 23 | May 20, 2004 Minutes of Meeting between Ministry of Finance and National Economy of The Government of the Kingdom of Bahrain and Alcoa World Alumina |
| 24 | December 15, 2003 Email exchange between William Rice and Bruce Hall, copying Victor Dahdaleh and others, re: Due Diligence; December 11, 2003 Email exchange between William Rice and Victor Dahdaleh re: Due Diligence |
| 25 | December 5, 2004 Email from Lawrence Castner to Mahmood Al-Kooheji re: Alcoa Diligence Visit to Alba May 23-25 |

# EXHIBIT 1

## ADDITIONAL AGREEMENT

THIS AGREEMENT is made the nineteenth day of September 1996 between ALCOA of AUSTRALIA LIMITED, a company incorporated in the state of Victoria, Commonwealth of Australia ("AA") and ALUMINIUM BAHRAIN B.S.C. (c) a company incorporated in Bahrain ("ALBA")

WHEREAS, pursuant to an agreement made 1 January 1990 between AA and ALBA ("Alumina Sales Agreement") AA agree to sell and deliver and ALBA agree to purchase and accept alumina.

WHEREAS, pursuant to clause 2.4 of the Alumina Sales Agreement AA and ALBA agree that the review has been completed and now desire to vary the operation of the Alumina Sales Agreement in the manner and on the terms and conditions set out herein.

NOW THEREFORE, the parties hereto agree as follows;

1.     INTERPRETATION

       Except as specifically amended herein, all terms and conditions of the Alumina Supply Agreement shall remain unamended and in full force and effect.

2.     TERM

       The term of this Additional Agreement shall be 1 January 1997 to 31 December 2000.  (4 years)

3.     QUANTITIES AND PRICING

3.1    The price and volume of the Formula Tonnage remain as stated in article 2 of the Alumina Sales Agreement dated 1 January 1990.
       3.1(a)   Quantity shall be 600,000 Mt
       3.1(b)   Price = $155 + 0.045 x LME

3.2    Market Tonnage shall be varied to 285,000 Mt (+/- 40,000 Mt at ALBA option to be nominated each year by 30 September)

4.     OPTION TO ASSIGN

       AA shall assign the total of the Market Tonnage to a company associated with AA ("Assignee").  AA  shall notify to ALBA the name of this company by 31 October 1996.  ALBA shall have no right to refuse such company as AA's Assignee.  The Assignee shall be responsible for invoicing, pricing and documentation directly with ALBA.

5.   CONFIDENTIALITY

5.1   AA and ALBA agree to keep the contents of the Alumina Sales
      Agreement, this Additional Agreement and any subsequent Agreement
      or Amendment confidential except where required to reveal information
      by statute requirements.

5.2   The name of the Assignee shall be kept absolutely confidential by AA
      and ALBA.

IN WITNESS WHEREOF, the parties hereto have executed the Agreement
on the day and year first above written.

ALUMINIUM BAHRAIN B.S.C.(c)                     Attest

By

ALCOA OF AUSTRALIA LIMITED            Attest

By

# EXHIBIT 2


**ALCOA**

Alcoa World Alumina

Alcoa Corporate Center
201 Isabella Street
Pittsburgh, PA 15212-5858 USA
Tel: 1 412 553 3954
Fax: 1 412 553 4585

William Rice
Vice President - Marketing

April 12, 2001

H.E. SHAIKH ISA BIN ALI AL-KHALIFA
CHAIRMAN, ALUMINUM BAHRAIN B.S.C. ©
MINISTER OF OIL & INDUSTRY
P.O. BOX 570
MANAMA,
STATE OF BAHRAIN

وزارة النفط والصناعة

**1 7 APR 2001**

معتب إدارة الشئون

Your Excellency,

Seeing as our present purchase agreement expires on 31 December 2001, and in consideration of our excellent long-term relationship, Alcoa wishes to make a proposal for the continued supply of Aluminium Bahrain BSC (Alba) smelter grade alumina requirements.

The intent is to continue the relationship we have had for the last 30 years. If Alba agrees to the extension of the present supply contract for three years to December 31st 2004 based on current terms and pricing, Alcoa would be willing to guarantee to supply Alba's total current alumina requirement for the period of 10 years following the year 2004 provided agreement on commercial terms. We anticipate reaching agreement on terms and pricing for this long-term supply before the end of 2003 / beginning of 2004.

In addition, realizing Alba is currently considering expanding their existing operations by approximately 250,000 mtpa of aluminium production, as a valued long-term customer, Alcoa is also interested in supplying this additional alumina requirement, with terms and conditions to be agreed between parties at a later date.

We hope that the above will meet with your consideration and final approval. I thank you for your business and look forward to receiving your positive reply.

Sincerely,

WILLIAM RICE

CC:     Mr. David Dabney, Perth Australia

        Fax. 6189 202 1101

RCS000003

# EXHIBIT 3







**ALUMINIUM BAHRAIN B.S.C. (c)**

**FAX TRANSMISSION**



09 August 2001                                                                                              Page 1 of 1

| | | |
|---|---|---|
| **COMPANY** | : | Alcoa World Alumina |
| **ATTENTION** | : | Mr. William Rice – Vice President - Marketing |
| **COUNTRY** | : | USA |
| **FAX** | : | 001 412 553 4585 |
| **FROM** | : | Nezam Mohammed Noor |

**SUBJECT**      :   Alumina Supply – year 2002 and 2003

**CC: Mr. David Dabney , Alcoa of Australia, Fax No. 0061 89 202 1101**

We acknowledge receipt of your proposal on the continuation of supply of alumina including your terms and conditions.

We do value our 30 years of business relationship, however, in view of the softening aluminium market including the prices, we are considering an extension of two years to our present supply contract commencing 01st January 2002 and ending 31st December 2003.

Accordingly, we are pleased to invite you to submit your best offer ( either fixed price or LME formula price ) for both formula tonnage of 600,000 mt and market tonnage of 400,000 mt per year  at same terms and conditions of our present supply contract.

Kindly fax your offer for the Attn.  of the Tender Board Secretary on Fax No. 00973 833 900 to reach him by 14 August 2001 quoting our reference no. RFQ/0123/TB.

We look forward to receiving your favourable response so that we conclude our year 2002 shipping schedule.

Best Regards
**Nezam Mohammed Noor – Manager Purchasing**

# EXHIBIT 4

CC. *AKS*
*ASN*



**Nezam Moh'd Noor**

| | |
|---|---|
| **From:** | Rice, Bill [Bill.Rice@alcoa.com] |
| **Sent:** | 15 August 2001 16:26 |
| **To:** | 'Nezam Moh'd Noor' |
| **Cc:** | A. Karim Salimi; Deborah Brent; 'David Dabney'; Debney, David |
| **Subject:** | RE: Alumina Supply Contract for Year 2002 & 2003 |

Dear Mr. Nezam Noor,

I greatly appreciate your patience as we supply the data you are requesting.
I understand you have talked to David Dabney today and he will have a
response to you shortly.  Thank you again and we look forward to continuing
our long term relationship.

Bill Rice
VP Marketing
Alcoa World Alumina and Chemicals

-----Original Message-----
From: Nezam Moh'd Noor [mailto:Nedham.Noor@alba.com.bh]
Sent: Wednesday, August 15, 2001 2:40 AM
To: bill.rice@alcoa.com
Cc: david.debney@alcoa.com.au; A. Karim Salimi; Deborah Brent
Subject: Alumina Supply Contract for Year 2002 & 2003
Importance: High


Good Morning Mr Rice,

We have sent on 09/08/2001 to your attention the following document in
reference to Alumina Supply Contract for the years  2002 & 2003. We would
appreciate if you could look at it and let us have your prompt feedback as
soon as possible.

  <<ALCOA.doc>>
Regards

Nezam M Noor
Manager Purchasing-Alba


NOTE: This E-mail is private and confidential to the named recipients.
Any information provided is given in good faith. However, unless
specifically stated to the contrary, Aluminium Bahrain accepts no liability
for the content of this E-mail, or for the consequences of any actions
taken on the basis of the information provided, unless that information
is subsequently confirmed in writing. The unauthorised copying of any
information contained in this E-mail to persons other than the named
recipients is strictly forbidden.

RCS000005

# EXHIBIT 5

```
                    FW  Alain Belda  Bruce Hall - Alba Tour.txt
From: Sayed Yasser Habib Maki </O=ALUMINIUM BAHRAIN/OU=ALBA/CN=RECIPIENTS/CN=U9565>
Date: 4/15/2004 1:36:18 PM
To: CEO's Secretary
Subject: FW: Alain Belda & Bruce Hall - Alba Tour
```

Hi Janita,

Bruce will want to know the names that will be joining both Mr. Belda and himself for
the tour.

Yaser

-----Original Message-----
From: Rice, William (AWAC) [mailto:Bill.Rice@alcoa.com]
Sent: Wednesday, April 14, 2004 1:16 PM
To: Sayed Yasser Habib Maki
Subject: RE: Alain Belda & Bruce Hall - Alba Tour

We appreciate your arranging this tour.  Per your questions:

1. We will have transportation to Alba but leave it up to you on the be transportation
in the Smelter.

2. Along with Mr. Belda will be:

Bernt Reitan - Group President Primary Products
Jake Siewert - Vice President Global Communications
Victor Philip Dahdelah
Myself


-----Original Message-----
From: Sayed Yasser Habib Maki [mailto:YaserHashim@alba.com.bh]
Sent: Wednesday, April 14, 2004 1:21 AM
To: Rice, William (AWAC)
Subject: Alain Belda & Bruce Hall - Alba Tour


Hi Bill,

I was looking over some details of Bruce's schedule, and he is scheduled
to take Mr. Belda on a tour of the Alba Plant. In order to ensure that
everything is set up correctly, could you help with the following
queries:

1. Will Mr. Belda be using his car or is he indifferent to using Bruce's
car.
2. Will Mr. Belda have a entourage with him for the tour, a few
specified people or alone?

Thank you
Yaser


_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

This e-mail and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom
they are addressed. If you have received this e-mail in error please notify the
                              Page 1

                    FW  Alain Belda  Bruce Hall - Alba Tour.txt
originator of the message.

Any views expressed in this message are those of the individual
sender, except where the sender specifies and with authority,
states them to be the views of Aluminium Bahrain.

RCS000007

# EXHIBIT 6

**ALCOA**

# Alcoa World Alumina

201 Isabella Street
ABSC-3SW
Pittsburgh, PA  15212 USA
Fax: +1 (412) 553-4585

## Facsimile Cover Sheet

**To:** Mr. Bruce Hall
Chief Executive Officer
Aluminium Bahrain

**Fax:** +973 17 833 833

**From:** WILLIAM RICE
**Company:** ALCOA WORLD ALUMINA
**Phone:** 1-412-553-3954
**Fax:** 1-412-553-4585
**Date:** October 26, 2004
**Cc:** His Excellency Sheikh Isa Bin Ali Al-Khalifa
Alba Chairman & Minister of Oil

**Re: Alumina Supply to Aluminium Bahrain**

For the avoidance of doubt and any confusion, this letter confirms to you that, for commercial reasons, AA Alumina and Chemicals, an associate company and distributor of Alcoa of Australia Ltd., is fully and solely authorized to negotiate the present alumina supply agreement with Alba.

Mr. David Debney, an employee of AA Alumina and Chemicals, is authorized to negotiate and finalize this contract.

With best regards

William J Rice
Vice President – Marketing,
Alcoa World Alumina

If you have trouble receiving this fax please contact M. Shinsky [412]553-4554   #   pages including cover

RCS000008

# EXHIBIT 7



# Alcoa World Alumina

201 Isabella Street
ABSC-3SW
Pittsburgh, PA 15212 USA
Fax: +1 (412) 553-4585

## Facsimile Cover Sheet

**To:** Mr. Bruce Hall
Chief Executive Officer
Aluminium Bahrain B.S.C.
**Fax:** 973 17 833 833

**From:** WILLIAM RICE
**Company:** ALCOA WORLD ALUMINA
**Phone:** 1-412-553-3954
**Fax:** 1-412-553-4585
**Date:** October 29, 2004
**Cc:** His Excellency Sheikh Isa Bin Ali Al-Khalifa
Alba Chairman & Minister of Oil
David Debney – AA Alumina

**RE: Alumina Supply to Aluminium Bahrain**
**Ref: Fax Dated 29-10-04 from Bruce Hall**

Dear Bruce,

Received your fax, and I am disappointed that you believe the offer which was submitted by our associated company, AA Alumina, into Alba's Alumina Tendering Process is not acceptable.  We also share your view of the mutually beneficial relationship between Alba and Alcoa, and have every wish to continue.  However, should Alba decide not to accept this offer, it is understandable that you will need to find alternatives in order to supply Alba's long term alumina requirements.  I hope you can also appreciate this will dictate that we will direct the alumina, which we anticipate continuing to supply Alba, to other long term customers.

We are hopeful you accept the original alumina supply offer prior to its expiration, so we can continue to be Alba's alumina supplier for the next 10 years.

I am copying David Debney on this message so that he can continue to coordinate the finalization of this mater.  I appreciate that you will communicate directly with David as this is brought to a conclusion.

Best regards,

William J. Rice
Vice President – Marketing
Alcoa World Alumina

# EXHIBIT 8

# KWINALUM TRADING PTE LTD

36 ROBINSON ROAD
15-00 CITY HOUSE
SINGAPORE  0106

| | |
|---|---|
| Invoice Number: | KW 94/013 |
| Invoice Date: | 7th October 1994 |
| Payment Terms: | 30 Days from B/L date. |

Invoiced To:

Aluminium Bahrain
P.O.Box 570
Manama
BAHRAIN

Shipped To:

Aluminium Bahrain
BAHRAIN

Vessel:    'BUNGA MELOR SATU'

Port of Loading:    KWINANA
Western Australia

Bill of Lading Date:    7th October 1994.

Gross Weight:    15,600 MT

*94/17*

---

**PAYMENT TO BE MADE BY TELEGRAPHIC TRANSFER**

Through : CHASE MANHATTEN, NEW YORK
  Swift Address  -
  ABA Number  -  REDACTED
  Chips Participant Number -

For the credit to the account of:
 ROYAL BANK OF CANADA, NEW YORK
  Swift Address  -
  Chips ID Number -  REDACTED

For further credit to the account of:
 KWINALUM TRADING PTE LTD
  ACCOUNT NO:  REDACTED

Payment Due :    MON. 7th November 1994

---

| Description of Goods | Weight | Unit Price | Amount |
|---|---|---|---|
| | | US$ | US$ |
| SMELTER GRADE ALUMINA | 15,600 MT | $107.00 PER MT | $1,669,200.00 FOB  KWINANA , W.A. |
| | | | |
| | | Total USD | $1,669,200.00 |

*PAYMENT INSTRUCTION*
CHECKED BY :  APPROVED BY :  2:0
DATE: 17/10
VALUE DATE: 7/11/94

IAF  TO  BE  APPROVED
BY  GKT/01.

Signature: *[signature]*

ORIGINAL INVOICE 

# ALUMET ASIA PTE LTD

ALCOA
AUSTRALIA

**10 Collyer Quay,  19-08 Ocean Building, Singapore 049315**

INVOICED TO :
Aluminium Bahrain
P.O.Box 570
Manama
BAHRAIN

INVOICE NUMBER :  AA 97/002

INVOICE DATE :  7th March 1997

BUYERS REF:

SHIPPED TO :
Aluminium Bahrain
BAHRAIN

PAYMENT TERMS :  30 days from B/L Date

PAYMENT DUE :  MON. 7th April 1997

VESSEL :   "Probo Bangor"
PORT OF LOADING :
Kwinana, Western Australia

BILL OF LADING DATE :
7th March 1997

GROSS WEIGHT:
36,750
mt   *Alumina 97/3*

REMITTANCE BY TELEGRAPHIC TRANSFER
Through:
CHASE MANHATTEN BANK, NEW YORK
Swift Address  -
ABA Number  -   REDACTED
For the credit to the account of:
ACCOUNT No:   REDACTED
IN THE NAME OF
THE ROYAL BANK OF CANADA
For further credit to:
ACCOUNT No:   REDACTED
IN THE NAME OF ALUMET ASIA PTE LTD

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Smelter Grade Alumina | 36,750 mt | USD $136.00 PER mt | USD $4,998,000.00 F.O.B. Kwinana WA. |
| | | | INVOICE TOTAL | USD $4,998,000.0 |

PAYMENT INSTRUCTION
CHECKED BY :   APPROVED BY :
DATE : 16/3/97
VALUE DATE : 7/4/97

ALUMET ASIA PTE LTD

ANGELA HILL

# EXHIBIT 9

13-SEP.'03(SAT) 11:45    MIN. OF OIL & INDUST        FAX:973 292293         P. 005

6-AUG.'03(MON) 07:24    ALBA MANAGEMENT             FAX:973  833833        P. 004


ALCOA

**AA Alumina & Chemicals**
AA Alumina & Chemicals is an associate company of
Alcoa of Australia Limited

European Office
Chemin Pre-de-la-Tour 10
CH - 1009 Pully-Lausanne, Switzerland

Shipping & Admin Enquiries
Tel: +61 8 9202 1111
Fax: +61 8 9202 1101

FAX REC'D
1 8 AUG 2003

8ᵗʰ July 2003

Mr Bruce Hall
Chief Executive
Aluminium Bahrain B.S.C. (c)
150 Howar Highway
Askar 951 Manama
Bahrain

FAX F
1 8 AUG 2003

Dear Mr Hall,

**Subject: Extension of Current Alumina Supply Agreement for 2004**

As you know, our present purchase supply agreement expires on 31 December 2003.

Taking into consideration our excellent long term relationship for the last thirty years, and the very serious ongoing advanced discussions at present between Alcoa and Alba for Alba's virtual refining capacity, and Alcoa's equity in Alba commencing early 2005, we propose to extend the present supply agreement to 31 December 2004.

Our management are very willing to extend the supply contract to 31 December 2004 on the same contract terms, pricing and conditions in accordance with the current contract for 2003.

Please note that the alumina market is very tight at present and this will continue to prevail throughout 2004 in terms of both volume availability and the very high spot pricing (USD280-300 FOB Australia).

The intent is to continue the supply of our high quality alumina which Alba have been accustomed to for the past 30 years and that will bridge us to the beginning of 2006 so that between now and then we will finalise a long term agreement for the next 25 years starting early 2005.

We are confident that the above will meet your consideration and final approval. We look forward to a continued excellent relationship and to receiving your positive approval reply.

Yours sincerely,

Sandra Ainsworth
**Administration and Shipping Manager**

RCS000012

# EXHIBIT 10

ORIGINAL INVOICE

2000/5

# ALUMET ASIA PTE LTD


ALCOA
AUSTRALIA

10 Collyer Quay, 19-08 Ocean Building, Singapore 049315

| | |
|---|---|
| **INVOICED TO :** | **INVOICE NUMBER :**    AA 02005 |
| Aluminium Bahrain | |
| P.O.Box 570 | **INVOICE DATE :**    23-Feb-2000 |
| Askar 951 | |
| Manama   BAHRAIN | **BUYERS REF :**    00/5 |
| | |
| **SHIPPED TO :** | **PAYMENT TERMS :**    30 days from B/L Date |
| BAHRAIN | **PAYMENT DUE :**    Friday, 24-Mar-00 |

**VESSEL :**   "Western Olivin"
**PORT OF LOADING :**
        Kwinana,  Australia
**BILL OF LADING DATE :**
        23-Feb-2000
**GROSS WEIGHT:**
        14,332
        mt

*Alumina 2000/5*

**REMITTANCE BY TELEGRAPHIC TRANSFER**
Through:
        **CHASE MANHATTEN BANK, NEW YORK**
        **Swift Address -**
        **ABA Number  -**    REDACTED
For the credit to the account of:
        **ACCOUNT No:**    REDACTED
        **IN THE NAME OF**
        **THE ROYAL BANK OF CANADA**
For further credit to:
        **ACCOUNT No:**    REDACTED
        **IN THE NAME OF ALUMET ASIA PTE LTD**

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Smelter Grade Alumina | 14,332 mt | USD   $145.02 PER mt | USD   $2,078,426.64 F.O.B. Kwinana WA. |
| | | | **INVOICE TOTAL** | USD   $2,078,426.64 |

PAYMENT INSTRUCTION
CHECKED BY    APPROVED BY :
DATE :   27/2
VALUE DATE : 24/3/2000

**ALUMET ASIA PTE LTD**

for   ANGELA HILL

RCS000013



# AA ALUMINA & CHEMICALS
### Chemin Pre-de-la-Tour 10
### CH - 1009 Pully-Lausanne, Switzerland

ALUMINA MARKETI

INVOICED TO :

ALUMINIUM BAHRAIN
P.O. BOX 570
ASKAR 951
MANAMA, BAHRAIN

SHIPPED TO :

BAHRAIN

*Alumina 2004/07*

VESSEL : MV 'AL MANSOUR'

PORT OF LOADING :
BUNBURY,  AUSTRALIA

BILL OF LADING DATE :
13-Apr-2004

GROSS WEIGHT:
21,823   MT

| INVOICE NUMBER : | AA 07414 |
| --- | --- |
| INVOICE DATE : | 13-Apr-2004 |
| BUYERS REF: | 04/07 |
| PAYMENT TERMS : | 30 days from B/L Date |
| PAYMENT DUE : | **Thursday, 13th May 2004** |

REMITTANCE BY TELEGRAPHIC TRANSFER TO

DEUTCHE TRUST COMPANY AMERICAS
One Bankers Trust Plaza, P.O. Box 318
10006 - NEW YORK (U.S.A)
Swift Code:
ABA                    REDACTED
Favour Account Nr:
                          Royal Bank of Canada (Suisse)
Beneficiary (BNF):   AA Alumina & Chemicals
                          Account   REDACTED

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 1 | SMELTER GRADE ALUMINA MARKET TONNAGE | 21,823 MT | USD        143.55 PER MT | USD        3,132,691.65 F.O.B. BUNBURY, WA. |
| | | | | |
| | | | | |
| | | | INVOICE TOTAL        USD | 3,132,691.65 |

*$ 3,132,691.65*

**PAYMENT INSTRUCTION**
CHECKED BY:   APPROVED BY:

VALUE DATE: *13/5/2004*

SANDRA AINSWORTH

AA Alumina & Chemicals is an associate company of Alcoa of Australia Ltd.

RCS000014

# EXHIBIT 11

04/09 '00 MON 13:11 FAX                                                        @001

# AA ALUMINA & CHEMICALS

**Perth OFFICE**
Level 20 Exchange Plaza
2 The Esplanade
Perth, Western Australia 6000
Australia



|  |  |  |
|---|---|---|
| **To** | : | **Ahmed S Al Noaimi** |
|  |  | **General Manager, Finance** |
| **Company** | : | **ALBA** |
| **Fax** | : | **973-833-833** |
| **Pages** | : | **2** |
|  |  |  |
| **From** | : | **David B Dabney** |
|  |  | **General Manager** |
| **Phone** | : | **61-8-9202-1111** |
| **Fax** | : | **61-8-9202-1101** |
|  |  |  |
| **Date** | : | **4 September 2000** |

CC:   E O'Reilly

**Ref:  2001 Shipping Schedule**

Dear Ahmed,

Following our recent phone conversations on the above subject, I have put together some information for your review.  Please review the attached information and then call me to discuss.

I apologize again for the delay in my direct response, but assure you that I will be in close contact with you from here on out.  I have also tentatively set a meeting for late October/early November in Bahrain and look forward to meeting you then.

Sincerely,

David B Dabney

This facsimile transmission is only intended for the addressee indicated above.  It may contain information that is privileged, or otherwise protected from disclosure.  Any disclosure, reproduction, distribution or other dissemination or use of this transmission other than by the addressee, is strictly prohibited.

This facsimile is for information only and we do not accept any responsibility for differences between the original and transmission copy. If all of the pages are received clearly, please contact us on the above number.

RCS000015

# EXHIBIT 12

# AA ALUMINA & CHEMICALS

**Level 20 Exchange Plaza**
**2 The Esplanade**
**Perth, Western Australia 6000**
**Australia**



Aluminium Bahrain B.S.C.
Attn: Nezam Mohammed Noor
PO Box 570
Manama
State of Bahrain

15 August 2001

**CONFIDENTIAL**

Ref: Addendum to Alumina Sales Agreement

Dear Nezam,

Please see the attached documents as per our recent telephone conversation. Please return one signed copy to me at the above address.

Sincerely,

David B Dabney

Cc:     Bill Rice – Alcoa World Alumina

RCS000016

# EXHIBIT 13

ALCOA

WA Alumina & Chemicals is an associate company of
Alcoa of Australia Limited

**European Office**
4th Floor, Alcoa Building
Avenue d'Ouchy 61
CH-1006 Lausanne, Switzerland

**Shipping & Admin Enquiries**
Tel: +61 8 9202 1111
Fax: +61 8 9202 1101

To:
Aluminium Bahrain BSC (c)
PO Box 570 – Code 10
150 Hawar Avenue
Askar 951
Kingdom of Bahrain

Attention : Tender Board Secretary

RECEIVED
2 9 SEP 2004
TENDER BOARD
THE COMMITTEE

Dear Sirs,

**Subject:      Tender for Alumina Supply - RQF NO. R/0253/TB**

We have great pleasure in submitting our tender for alumina supply for your kind consideration. Our offer is made for supply of Western Australian alumina from Alcoa's refineries.

As we are your current supplier, we believe that you have full understanding of our product and its performance in your smelter. For this reason, knowing that you already have the data, we have not included product quality data other than a copy of the standard specification. Similarly, as we have been your supplier for many years, we believe that you have a full understanding of our production facilities and ship loading capabilities, and that inclusion of such detail in our tender package is of no further practical help to your assessment process.

Our tender structure is based on our long term view of the alumina market and the conditions we believe are necessary to sustain the industry, and also with a strong desire to reflect the nature of our successful business relationship over many, many years. You are our very important customer. This supply offer is a very significant and important part of our overall business, and we believe of your business.

We have approached this offer with a view to the long term and with 100% confidence of our supply source and capability throughout the whole term of supply, both in the early years and later. We are also offering 100% of the contract volume to be loaded in 60,000 tonnes (nominal) shipments. **We believe that we are the only bidder who can firmly offer these items.** Others may offer smaller packages of Alcoa WA alumina, but none of their volume can be loaded in 60,000 tonne ships! Any claim to the contrary should be challenged.

We trust that our tender will meet with your approval and we very much look forward to hearing from you.

Yours sincerely,

David Debney.

29/9/2004

29/9/04   -1-

RCS000017



**Tender for Alumina Supply for Aluminium Bahrain B.S.C. (c)**
**Valid until 31ˢᵗ October 2004.**

RECEIVED
2 9 SEP 2004
TENDER BOARD
... COMMITTEE

1   Annual Quantity:
Full requirements of the ALBA smelter of nominal 1,600,000 mt per year.  This offer does not include any option on the part of the Buyer for partial purchase volumes.

2   Contract duration:
10 years, from 2005 through to 2014 inclusive.
Please note:  It is open to discuss different duration and pricing combinations.

3   Source:
100% from Alcoa refineries in Western Australia owned and operated by Alcoa of Australia Ltd., or as agreed from time to time by agreement with ALBA.  Specification as per attached and as modified by Alcoa from time to time.  Shiploading to occur at Alcoa's portsite in Western Australia.

4   Shipment size:
Nominal 60,000 mt ships loaded at Alcoa's WA portsite.  Individual shipments to have load tolerance, for shipping purposes only, of plus/minus 5% in ship owner's option

5   Laydays:
30 days primary laydays for each cargo will be agreed in advance for the whole contracted year. These 30 primary laydays will be narrowed to 12 final laydays for each cargo and declared 30 days before the commencement of the 30 primary laydays.

6   LME:
LME means the average three months ask price per metric tonne of HG aluminium ingots on the London Metals Exchange as published in Metals Week for the month prior to the month in which the Bill of Lading is issued.

7   Supply Contract:
This offer is subject to subsequent full agreement on contract terms and conditions which govern this supply.

8   Terms of Payment:
Payment in United States Dollars by TT to Seller's nominated bank account no later than three (3) days after receipt of shipping documents evidencing the shipment.

9   Pricing:

Years 2005 to 2009 :

1.1 million tonnes per contract year at 16.35% LME + $25 per mt **CIF basis** and a further 0.5 million tonnes per contract year at 10.0% LME + $25 per mt **CIF basis**.  All individual shipments to be proportioned on this basis.  In any contract year, the 0.5 million tonne part cannot be purchased separately from or before the 1.1 million tonne part.

For years 2005 and 2006 only an alternative pricing can be negotiated in the range USD 270 – 300 per mt.  This must be negotiated and finalised within 14 days of successful award of the tender.  If agreement cannot be reached in this period, pricing defaults to the above formulae.

- 2 -


ALCOA

**Tender for Alumina Supply for Aluminium Bahrain B.S.C. (c) (...contd.)**
**Valid until 31st October 2004.**

<u>Pricing (contd):</u>

<u>Years 2010 to 2014:</u>

1.1 million tonnes per contract year at 17.15% LME per mt **FOB basis** and a further 0.5 million tonnes per contract year at 10.0% LME **FOB basis**. All individual shipments to be proportioned on this basis. In any contract year, the 0.5 million tonne part cannot be purchased separately from or before the 1.1 million tonne part.

10  <u>Confidentiality</u>

This offer is contingent upon being held confidential to the ALBA Tender Board. Breach of this confidentiality immediately voids this offer.

David Debney.

RECEIVED
2 ? SEP 2004
TENDER BOARD
SECRETARIAT
00

29/9/2004

- 3 -

RCS000019

# EXHIBIT 14


**ALCOA**

### Offer for Alumina Supply for Aluminium Bahrain B.S.C. (c)
Valid until 20th December 2004

### *Revised and agreed 25th November 2004 for adjustment to FOB price basis*

1   Annual Quantity:
Full requirements of the ALBA smelter of nominal 1,600,000 mt per year.  This offer does not include any option on the part of the Buyer for partial purchase volumes.

2   Contract duration:
10 years, from 2005 through to 2014 inclusive.

3   Source:
100% from Alcoa refineries in Western Australia owned and operated by Alcoa of Australia Ltd., or as agreed from time to time by agreement with ALBA.  Specification as per attached and as modified by Alcoa from time to time.  Shiploading to occur at Alcoa's portsite in Western Australia.

4   Shipment size:
Nominal 60,000 mt ships loaded at Alcoa's WA portsite.  Individual shipments to have load tolerance, for shipping purposes only, of plus/minus 5% in ship owner's option.

5   Laydays:
30 days primary laydays for each cargo will be agreed in advance for the whole contracted year.  These 30 primary laydays will be narrowed to 12 final laydays for each cargo and declared 30 days before the commencement of the 30 primary laydays.

6   LME:
LME means the higher value each day of the daily Cash Settlement Price or the Official Three Month Ask Price for LME HG (99.7%) aluminium as published by the London Metal Exchange, averaged over the month prior to the month in which the Bill of Lading is issued.  Daily price references are as reported by REUTERS through pages MTLE or SETTMAL01, Platts Metals Week, and/or Metal Bulletin.

7   Supply Contract:
This offer is subject to subsequent full agreement on contract terms and conditions which govern this supply.

8   Terms of Payment:
Payment in United States Dollars by TT to Seller's nominated bank account no later than three (3) days after receipt of shipping documents evidencing the shipment.

9   Pricing:

Years 2005 to 2009 :

1.1 million tonnes per contract year at 16.35% LME + \$15.55 per mt **FOB basis** and a further 0.5 million tonnes per contract year at 10.0% LME + \$15.55 per mt **FOB basis**.  All individual shipments to be proportioned on this basis.  In any contract year, the 0.5 million tonne part cannot be purchased separately from or before the 1.1 million tonne part.



**Offer for Alumina Supply for Aluminium Bahrain B.S.C. (c) (...contd.)**

*Revised and agreed 25th November 2004 for adjustment to FOB price basis*

<u>Pricing (contd):</u>

<u>Years 2010 to 2014:</u>

1.1 million tonnes per contract year at 16.65% LME per mt **FOB basis** and a further 0.5 million tonnes per contract year at 9.5% LME **FOB basis**.  All individual shipments to be proportioned on this basis.  In any contract year, the 0.5 million tonne part cannot be purchased separately from or before the 1.1 million tonne part.

10  <u>Confidentiality</u>

This offer is contingent upon being held confidential to the ALBA Tender Board.  Breach of this confidentiality immediately voids this offer.

David Debney.

AA Alumina & Chemicals

25th November 2004.

Bruce Hall

Chief Executive, ALBA

# EXHIBIT 15

# COMPANIES (JERSEY) LAW, 1991

### ANNUAL RETURN
### OF

UNITED LEGAL ENGINEERING CONSULTANTS LIMITED

..........................................................................................................

Made up to 1st January, 2006

*FINANCIAL SERVICES*
*28 FEB 2006*
*RECEIVED*

| £10,000 | 10,000 | £1.00 |

Nominal Capital.................. divided into................. shares of.............. each

Number of shares issued at 1st January, 2006   :          10,000

Amount paid on each share: (par value)          £1.00

Total amount received, including share premium          £10,000

*Total amount of calls unpaid at 1st January:          ......................

*Number of shares (if any) forfeited:          ......................

*Amount realised (if any) paid on ................ shares forfeited:          ......................

*Amount realised (if any) on sale of forfeited shares:          ......................

*A "nil" return is not required; complete only if applicable

State whether a FULL of ABBREVIATED list of shareholders is given overleaf.          FULL

If ABBREVIATED, STATE the number of:

Shareholders who hold less than 1% of issued shares:          ......................

SHARES held by those shareholders:          ......................

I, a Director/Secretary of the Company declare that this document is complete and accurate in all respects.

For and on behalf of
RBC Corporate Services Director/Secretary
(Guernsey) Limited

If the company is a Public Company, or a subsidiary of a Public Company, the particulars of Directors, must be annexed. (Form C21/92)

Presented by;   Royal Bank of Canada Trust Company (International) Limited
Le Gallais Chambers
54 Bath Street
St Helier
Jersey, JE4 8YD

Ref:          AEL/UNITEDLEGAL/ u78

Company No ...........................   35330

NOTE:   This return must be delivered to the Registrar of Companies not later that the last day of February with payment of the relevant Fee.  If the Return is delivered after that date, an additional Late Fee will be required.

9011851

DTRYPA06

Persons holding Shares in United Legal Engineering Consultants Limited on the 1st day of January, 2006, showing their Names and Addresses, and details of the Shares so held

| SURNAME | FORENAMES | ADDRESS | TOTAL | Numbers of Shares held by Members at date of Return | REMARKS |
|---------|-----------|---------|-------|------------------------------------------------------|---------|
| Dahdaleh | Victor Phillip Michael | PO Box 1715, Amman, Jordan | | 7,000 | |
| Dahdaleh | William Phillip | PO Box 1715, Amman Jordan | | 2,000 | |
| Dahdaleh | Mona Victor Phillip | PO Box 1715, Amman, Jordan | | 1,000 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | 10,000 | |

Details of further shareholders should be submitted on sheets to be attached to this form

**NOTE** This margin is reserved for binding and must not be written across

RCS000023

# COMPANIES (JERSEY) LAW, 1991

**AMENDED COPY**

FINANCIAL SERVICE...

1 3 NOV 2004

**RECEIVED**

### ANNUAL RETURN OF
UNITED LEGAL ENGINEERING CONSULTANTS LIMITED

.................................................................
Made up to 1st January, 2004

£10,000          10,000          £1·00

Nominal Capital .          .  divided into      ..   shares of   .      each

10,000

Number of shares issued at 1st January, 2004

Amount paid on each share  (par value)                          £1·00

Total amount received, including share premium                  £10,000

*Total amount of calls unpaid at 1st January

*Number of shares (if any) forfeited

*Amount realised (if any) paid on          .          shares forfeited

*Amount realised (if any) on sale of forfeited shares

         *A "nil" return is not required, complete only if applicable

State whether a FULL of ABBREVIATED list of shareholders is given overleaf          FULL

If ABBREVIATED, STATE the number of

     Shareholders who hold less than 1% of issued shares

     SHARES held by those shareholders

     I, a ~~Director~~/Secretary of the Company declare that this document is complete and accurate in all respects

                    *G M C*

              For RBC Corporate Services  (Guernsey) Ltd                    ~~Director~~/Secretary

If the company is a Public Company, or a subsidiary of a Public Company, the particulars of Directors, must be annexed  (Form C21/92)

Presented by,     Royal Bank of Canada Trust Company (International) Limited
                  Le Gallais Chambers
                  54 Bath Street
                  St Helier
                  Jersey, JE4 8YD

                                                            35330
Ref          AEL/UNITEDLEGAL                Company No    ...      ..

NOTE   This return must be delivered to the Registrar of Companies not later that the last
       day of February with payment of the relevant Fee   If the Return is delivered after
       that date, an additional Late Fee will be required

C20/94

PAO4

RCS000024

Persons holding Shares in United Legal Engineering Consultants Limited on the 1st day of January, 2004, showing their Names and Addresses, and details of the Shares so held

| SURNAME | FORENAMES | ADDRESS | Numbers of Shares held by Members at date of Return | REMARKS |
|---|---|---|---|---|
| Dahdaleh | Victor Phillip Michael | PO Box 1715, Amman, Jordan | 7,000 | |
| Dahdaleh | William Phillip | PO Box 1715, Amman, Jordan | 2,000 | |
| Dahdaleh | Mona Victor Phillip | PO Box 1715, Amman, Jordan | 1,000 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Details of further shareholders should be submitted on sheets to be attached to this form | | | TOTAL | 10,000 |

NOTE  This margin is reserved for binding and must not be written across

RCS000025

# COMPANIES (JERSEY) LAW, 1991

**AMENDED COPY**

ANNUAL RETURN
OF

UNITED LEGAL ENGINEERING CONSULTANTS LIMITED

FINANCIAL SERVICES

1 NOV 2004

RECEIVED

Made up to 1st January, 2003

£10,000            10,000            £1 00

Nominal Capital .            divided into            shares of            each            10,000

Number of shares issued at 1st January, 2003

Amount paid on each share  (par value)            £1 00

Total amount received, including share premium            £10,000

*Total amount of calls unpaid at 1st January            ..

*Number of shares (if any) forfeited            ..

*Amount realised (if any) paid on            shares forfeited:            ..

*Amount realised (if any) on sale of forfeited shares            ....

*A "nil" return is not required, complete only if applicable

State whether a FULL of ABBREVIATED list of shareholders is given overleaf            FULL

If ABBREVIATED, STATE the number of

    Shareholders who hold less than 1% of issued shares

    SHARES held by those shareholders            .....

I, a ~~Director~~/Secretary of the Company declare that this document is complete and accurate in all respects

For RBC Corporate Services  (Guernsey) Ltd            ~~Director~~/Secretary

If the company is a Public Company, or a subsidiary of a Public Company, the particulars of Directors, must be annexed  (Form C21/92)

Presented by,            Royal Bank of Canada Trust Company (International) Limited
        Le Gallais Chambers
        54 Bath Street
        St Helier
        Jersey, JE4 8YD

Ref            AEL/UNITEDLEGAL            Company No            35330

NOTE            This return must be delivered to the Registrar of Companies not later that the last day of February with payment of the relevant Fee   If the Return is delivered after that date, an additional Late Fee will be required

C20/94            PRO 3

RCS000026

Persons holding Shares in United Legal Engineering Consultants Limited on the 1st day of January, 2003, showing their Names and Addresses, and details of the Shares so held

| SURNAME | FORENAMES | ADDRESS | Numbers of Shares held by Members at date of Return | REMARKS |
|---|---|---|---|---|
| Dahdaleh | Victor Phillip Michael | PO Box 1715, Amman, Jordan | 7,000 | |
| Dahdaleh | William Phillip | PO Box 1715, Amman, Jordan | 2,000 | |
| Dahdaleh | Mona Victor Phillip | PO Box 1715, Amman, Jordan | 1,000 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 10,000 |

Details of further shareholders should be submitted on sheets to be attached to this form

**NOTE** This margin is reserved for binding and must not be written across

RCS000027

# EXHIBIT 16

Mr Bruce Hall
C/O Aluminium Bahrain
PO Box 570
Manama
Bahrain

Rosedale Equities Limited

*Statement Of Multi Currency Account*

**Office Identifier SMCOGB2P**

*Account Number*

**REDACTED**

**International Bank Account Number**   REDACTED

*Currency*
GBP

*Statement Page 1*
*Page 1 of 1*

| Date | Value | Description | Paid out | Paid in | Balance |
|------|-------|-------------|----------|---------|---------|
| | | Opening balance 1 Mar 2004 | | | 0.00 |
| 1 Mar | 2 Mar | Remittance Received By Order Of UNITED LEGAL ENGINEERING | | 852,416.35 | 852,416.35 |
| 3 Mar | 3 Mar | Payment Per Your Instructions In Favour Of Farrer And Co General Client Account | 776,750.00 | | 75,666.35 |
| | 3 Mar | Remittance Fee, Number 86929-0 | 20.00 | | 75,646.35 |
| | 3 Mar | Payment Per Your Instructions In Favour Of Farrer And Co General Client Account | 345,922.71 | | 270,276.36 DR |
| | 3 Mar | Remittance Fee, Number 86930-0 | 20.00 | | 270,296.36 DR |
| 4 Mar | 3 Mar | Transfer From Account Number 51136461 | | 776,750.00 | 506,453.64 |
| 3 Mar | 4 Mar | Sell Sterling Pound Buy U.S. Dollar @ 1.852, Number 82481-0 | 504,361.77 | | 2,091.87 |
| 4 Mar | 4 Mar | Arrangement/Renewal Fee, Number 87072-0 | 1,941.87 | | 150.00 |
| 23 Mar | 23 Mar | Buy Sterling Pound Sell U.S. Dollar @ 1.8583, Number 83902-0 | | 234.09 | 384.09 |
| | 23 Mar | Transfer To Account Number 51136461 | 234.09 | | 150.00 |
| 31 Mar | 31 Mar | Credit Interest | | 130.30 | 280.30 |
| | | End Of Statement Balance 1 Apr 2004 | | | 280.30 |

Registered in England No. 499482 VAT No. GB 365 6845 14 Authorised and regulated by the FSA
Registered office: 8 Canada Square, London E14 5HQ United Kingdom
Telephone: +44 (0)20 7860 5000 Facsimile: +44 (0)20 7860 5001     Ref: NRI-RTF

RCS000028

## US Dollar International Cheque Account

current account statement

BANKING WITH

| | |
|---|---|
| *Account name* | MR BRUCE ALLAN & MRS LEAH HALL |
| *Account number* | REDACTED |
| *Branch* | IOM Intl Pers Banking  O-M Tel: 01624 684444 |

MR B A & MRS L HALL
PO BOX 570
MANAMA
BAHRAIN

*IBAN* REDACTED
*SWIFTBIC*

**Summary for 15 Jun 2004 - 14 Sep 2004**

| | |
|---|---|
| Start balance | USD 20,236.88 |
| Total in | USD 45,272.79 |
| Total out | USD 0.00 |
| Interest earned | USD 12.79 |
| End balance | USD 65,509.67 |

**Current Interest Rates**
Gross interest rates p.a. at 14 Sep 2004

| | |
|---|---|
| Up to USD 4,999 | 0.000% |
| USD 4,999+ | 0.600% |
| USD 14,999+ | 0.750% |
| USD 49,999+ | 1.000% |
| USD 149,999+ | 1.300% |

## Transactions

| Date | Description | Details | Money out | Money in | Balance |
|---|---|---|---|---|---|
| 15 Jun | Start balance | | | | 20,236.88 |
| 29 Jun | Interest earned, USD12.79 gross for the period 30 Mar - 28 Jun | No tax has been deducted | | 12.79 | 20,249.67 |
| 31 Aug | AFTS receipt Ref.-United Legal Eng 258725 /Rfb/Con | | | 45,260.00 | 65,509.67 |
| 14 Sep | End balance | | | | 65,509.67 |

## For information - change of account name

As from 18TH may 2004, the high interest cheque account will be renamed the international cheque account. all other features and benefits of your account remain unchanged.

Correspondence: Barclays Private Clients International Limited
Eagle Court, Circular Rd,Douglas,IOM IM99 1RH

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

Sort Code 20-26-80          Statement page 6

RCS000029

## US Dollar International Cheque Account

current account statement

| | |
|---|---|
| *Account name* | MR BRUCE ALLAN & MRS LEAH HALL |
| *Account number* | REDACTED |
| *Branch* | IOM Intl Pers Banking  G-M Tel: 01624 684444 |

MR B A & MRS L HALL
PO BOX 570
MANAMA
BAHRAIN

| | |
|---|---|
| *IBAN* | REDACTED |
| *SWIFTBIC* | |

**BANKING WITH**

*Summary for 15 Sep 2004 - 14 Dec 2004*

| | |
|---|---|
| Start balance | USD 65,509.67 |
| Total in | USD 41,859.63 |
| Total out | USD 0.00 |
| Interest earned | USD 70.58 |
| End balance | USD 107,369.30 |

*Current Interest Rates*
Gross interest rates p.a. at 14 Dec 2004

| | |
|---|---|
| Up to USD 4,999 | 0.000% |
| USD 4,999+ | 0.700% |
| USD 14,999+ | 0.850% |
| USD 49,999+ | 1.100% |
| USD 149,999+ | 1.400% |

## Transactions

| Date | Description | Details | Money out | Money in | Balance |
|---|---|---|---|---|---|
| 15 Sep | Start balance | | | | 65,509.67 |
| 28 Sep | Interest earned, USD70.58 gross for the period 29 Jun – 27 Sep | No tax has been deducted | | 70.58 | 65,580.25 |
| 30 Sep | AFTS receipt Ref-United Legal Eng 265102 /RfbfCon | | | 41,789.05 | 107,369.30 |
| 14 Dec | End balance | | | | 107,369.30 |

Correspondence: Barclays Private Clients International Limited
Eagle Court,Circular Rd,Douglas,IOM IM99 1RH

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

RCS000030

RCS000031

## US Dollar International Cheque Account

current account statement

*Account name*  MR BRUCE ALLAN & MRS LEAH HALL
*Account number*  REDACTED
*Branch*  IOM Intl Pers Banking  G-M Tel. 01624 684444

MR B A & MRS L HALL
PO BOX 570
MANAMA
BAHRAIN

*IBAN*
*SWIFTBIC*  REDACTED

**BANKING WITH**

*Summary for 15 Dec 2004 – 14 Mar 2005*

| | |
|---|---|
| Start balance | USD 107,369.30 |
| Total in | USD 456,838.64 |
| Total out | USD 500,000.00 |
| Interest earned | USD 502.07 |
| End balance | USD 64,207.94 |

*Current Interest Rates*
Gross interest rates p.a. at 14 Mar 2005

| | |
|---|---|
| Up to USD 4,999 | 0.000% |
| USD 4,999+ | 0.800% |
| USD 14,999+ | 0.950% |
| USD 49,999+ | 1.200% |
| USD 149,999+ | 1.500% |

## Transactions

| Date | Description | Details | Money out | Money in | Balance |
|---|---|---|---|---|---|
| 15 Dec | Start balance | | | | 107,369.30 |
| 17 Dec | AFTS receipt Ref.-United Legal Eng 266770 /Rfb/Con | | | 228,168.34 | 335,537.64 |
| 22 Dec | AFTS receipt Ref.-United Legal Eng 264088 /Rfb/Con | | | 228,168.23 | 563,705.87 |
| 30 Dec | Interest earned, USD502.07 gross for the period 28 Sep - 29 Dec | No tax has been deducted | | 502.07 | 564,207.94 |
| 20 Jan | Settlement of foreign exchange deal number 3301388 for EUR at 1.2997 | | 500,000.00 | | 64,207.94 |
| 14 Mar | End balance | | | | 64,207.94 |

Correspondence: Barclays Private Clients International Limited
Eagle Court,Circular Rd,Douglas,IOM IM99 1RH

Sort Code 20-26-80          Statement page 8

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays House, Victoria Street, Douglas, Isle of Man IM99 1AJ.