# EXHIBIT 17

Code Name: "CONGENBILL". Edition 1994

B/L No.     ONE   Z oo 3 |

Shipper

ALCOA WORLD ALUMINA AUSTRALIA

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

Reference No :

Consignee
ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN

Notify Address

ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN

**ORIGINAL**

| Vessel | Port of loading |
| MV "BANASTAR" | BUNBURY |

Port of Discharge
AHRAIN

Shipper's description of goods

SMELTING GRADE ALUMINA

Gross Weight

20,689 MT

"CLEAN ONBOARD"

"FREIGHT PAYABLE AS PER CHARTER PARTY"

(of which   **NIL**   on deck at Shipper's risk; the Carrier not being
responsible for loss or damage however arising)

| Freight payable as per CHARTER-PARTY dated | 04 SEPTEMBER 1995 |
|---|---|

**SHIPPED**   at the Port of Loading in apparent good order and condition onboard the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

FREIGHT ADVANCE

Weight, measure, quality, quantity, condition, contents and value unknown.
In WITNESS whereof the Master or Agent of the said Vessel has signed

Received on account of freight:

the number of Bills of Lading indicated below all of the tenor and date, any one of which being accomplished the other shall be void.

| Time used for loading | days | hours |

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue BUNBURY | 08/12/2003 |
|---|---|---|

| Number of original Bs/L | Signature |
|---|---|

THREE (3)

MONSON AGENCIES PTY LTD
AS AGENTS FOR AND ON BEHALF OF THE MASTER
CAPTAIN ODDVAR ERIKSEN
MASTER  MV "BANASTAR"

RCS000033

Code Name: "CONGENBILL". Edition 1994

B/L No.          TWO

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

Shipper

ALCOA WORLD ALUMINA AUSTRALIA

Reference No :

2004/15

Consignee
ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN

Notify Address

ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN

COPY NON-NEGOTIABLE

| Vessel | Port of loading |
|---|---|
| MV "BANASTAR" | BUNBURY |

Port . Discharge
BAHRAIN

| Shipper's description of goods | Gross Weight |
|---|---|
| SMELTING GRADE ALUMINA | 21,520 MT |

"CLEAN ONBOARD"

"FREIGHT PAYABLE AS PER CHARTER PARTY"

(of which     NIL    on deck at Shipper's risk; the Carrier not being
responsible for loss or damage however arising)

| Freight payable as per CHARTER-PARTY dated | 04 September 1995 | SHIPPED | at the Port of Loading in apparent good order and condition onboard the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. Weight, measure, quality, quantity, condition, contents and value unknown. In WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of the tenor and date, any one of which being accomplished the other shall be void. |
|---|---|---|---|
| FREIGHT ADVANCE | | | |
| Received on account of freight: | | | |
| Time used for loading      days      hours | | | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| | BUNBURY              10/10/2004 |
| Number of original Bs/L | Signature |
| THREE (3) | MONSON AGENCIES AUSTRALIA PTY LTD AS AGENTS FOR AND ON BEHALF OF THE MASTER CAPTAIN JAROSLAW LECKI MASTER MV "BANASTAR" |

10:AM  08  THU 10:50 FAX 61 8 9202 1101        AA ALUMINA & CHEMICALS                                    ☑002

Code Name: "CONGENBILL", Edition 1994                                    B/L No.          ONE
Shipper                                             **BILL OF LADING**
ALCOA WORLD ALUMINA AUSTRALIA                       TO BE USED WITH CHARTER-PARTIES

                                                    Reference No :

Consignee
ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN                                             **ORIGINAL**
Notify Address

ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN

Vessel                        Port of loading
MV "AL MANSOUR"               BUNBURY
Port of Discharge
BAHRAIN

Shipper's description of goods                                          Gross Weight

SMELTING GRADE ALUMINA                                                  58,000 MT


"CLEAN ONBOARD"

"FREIGHT PAYABLE AS PER CHARTER PARTY"








                    (of which    NIL   on deck at Shipper's risk; the Carrier not being
                    responsible for loss or damage however arising)

Freight payable as per                          at the Port of Loading in apparent good order and condition
CHARTER-PARTY dated    04 September 1995    **SHIPPED**  onboard the Vessel for carriage to the Port of Discharge or
                                                    so near thereto as she may safely get the goods specified above.
FREIGHT ADVANCE                                 Weight, measure, quality, quantity, condition, contents and value unknown.
                                                In WITNESS whereof the Master or Agent of the said Vessel has signed
Received on account of freight:                 the number of Bills of Lading indicated below all of the tenor and date, any
                                                one of which being accomplished the other shall be void.

Time used for loading  .............. days  .............. hours
                                                FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

                    Freight payable at          Place and date of issue
                                                BUNBURY                          18/06/2005
                    Number of original Bs/L     Signature

                        THREE (3)
                                                MONSON AGENCIES AUSTRALIA PTY LTD
                                                AS AGENTS FOR AND ON BEHALF OF THE MASTER
                                                CAPTAIN ARVE BRUSSETH
                                                MASTER  MV "AL MANSOUR"

RCS000035

Code Name: "CONGENBILL". Edition 1994

2006/01

B/L No.    ONE

## BILL OF LADING

**Shipper**

ALCOA WORLD ALUMINA AUSTRALIA

TO BE USED WITH CHARTER-PARTIES

Reference No :

**Consignee**
ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN

**Notify Address**

ALUMINIUM BAHRAIN
PO BOX 570
150 HOWAR HIGHWAY
ASKAR 951   MANAMA
BAHRAIN

COPY NON-NEGOTIABLE

| Vessel | Port of loading |
| MV "LACONIA" | BUNBURY |

**Port of Discharge**
BAHRAIN

**Shipper's description of goods**

SMELTING GRADE ALUMINA

**Gross Weight**

58,000 MT

"CLEAN ONBOARD"

"FREIGHT PAYABLE AS PER CHARTER PARTY"

(of which   **NIL**   on deck at Shipper's risk; the Carrier not being
responsible for loss or damage however arising)

| Freight payable as per CHARTER-PARTY dated | 04 September 1995 |
| --- | --- |

**SHIPPED** at the Port of Loading in apparent good order and condition onboard the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. Weight, measure, quality, quantity, condition, contents and value unknown. IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of the tenor and date, any one of which being accomplished the other shall be void.

FREIGHT ADVANCE

Received on account of freight:

Time used for loading   ........... days   ........... hours

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
| --- | --- |
| | BUNBURY   14/01/2006 |
| Number of original Bs/L | Signature |
| | |
| THREE (3) | MONSON AGENCIES AUSTRALIA PTY LTD AS AGENTS FOR AND ON BEHALF OF THE MASTER CAPTAIN THEOCHARIS BAFITIS MASTER  MV "LACONIA" |

RCS000036

# EXHIBIT 18

ORIGINAL INVOICE

# ALCOA WORLD ALUMINA AUSTRALIA

Cnr Davy & Marmion Streets, Booragoon, Perth, Western Australia 6154
Postal Address : P.O. Box 252, Applecross, WA, 6153.

2000/2

ALUMINA MARKETING

| INVOICED TO : | | |
|---|---|---|
| ALUMINIUM BAHRAIN | INVOICE NUMBER : | A14968 |
| P.O. BOX 570 | | |
| 150 HOWAR HIGHWAY | ALCOA NUMBER : | ALB02 |
| ASKAR 951 MANAMA | CUSTOMER CODE : | ABA1 |
| BAHRAIN  ARABIAN GULF | | |
| SHIPPED TO : | INVOICE DATE : | 13-Jan-00 |
| BAHRAIN | BUYERS REF : | 00/02 |
| | PAYMENT TERMS : | 30 DAYS FROM B/L DATE |

VESSEL :
PROBO HAWK

PAYMENT DUE :   Monday   14-Feb-00

PORT OF LOADING :
KWINANA
AUSTRALIA

BILL OF LADING DATE :
13-Jan-00

GROSS WEIGHT :
21,644.
mt

*Alumina 2000/2*

REMITTANCE BY TELEGRAPHIC TRANSFER
TO ANZ INVESTMENT BANK, NEW YORK
1177 AVENUE OF AMERICAS, NEW YORK,
NY 10036, USA
CHIPS NO.   REDACTED
ACCOUNT NO.
IN THE NAME OF ALCOA OF AUSTRALIA LIMITED

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | SMELTER GRADE ALUMINA | 21,644. mt | USD  221.93 PER  mt | USD     4,803,452.92 FOB KWINANA, WA |
| | | | INVOICE TOTAL | USD   4,803,452.92 |

PAYMENT INSTRUCTION
CHECKED BY :   APPROVED BY :   210
DATE :  20/1/2000
VALUE DATE : 14/2/2000

ELEANOR  B. O'REILLY.

ALCOA WORLD ALUMINA AUSTRALIA is a trading name of Alcoa of Australia Limited ACN 004 879 298

RCS000037



# ALCOA WORLD ALUMINA AUSTRALIA

ABN 007 004 879 298

Cnr Davy & Marmion Streets, Booragoon, Perth, Western Australia 6154

Postal Address : P.O. Box 252, Applecross,  WA,  6153.

*2001/09*

ALUMINA MARKETING

| INVOICED TO : | | |
|---|---|---|
| ALUMINIUM BAHRAIN | INVOICE NUMBER : | A16129 |
| P.O. BOX 570 | | |
| 150 HOWAR HIGHWAY | ALCOA NUMBER : | ALB10 |
| ASKAR 951 MANAMA | CUSTOMER CODE : | ABA1 |
| BAHRAIN  ARABIAN GULF | | |
| SHIPPED TO : | INVOICE DATE : | 25-May-01 |
| BAHRAIN | | |
| | BUYERS REF : | 2001/09 |
| | PAYMENT TERMS : 30 DAYS FROM B/L DATE | |
| VESSEL : | PAYMENT DUE : | Monday   25-Jun-01 |
| BANIYAS | | |
| PORT OF LOADING : | | |

**REMITTANCE BY TELEGRAPHIC TRANSFER**
TO CHASE MANHATTAN BANK, NEW YORK
SWIFT CODE:
CHIPS ABA:   REDACTED
UID #:
FAVOR ACCOUNT:        of ANZ New York
BENEFICIARY(BNF): ALCOA OF AUSTRALIA ACCOUNT
REDACTED

BUNBURY
AUSTRALIA
BILL OF LADING DATE :
25-May-01
GROSS WEIGHT:
35,487.
mt

*Alumina 2001/09*

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | SMELTER GRADE ALUMINA | 35,487.<br>mt | USD   224.64<br>PER  mt | USD      7,971,799.68<br>FOB BUNBURY, WA |
| | | | INVOICE<br>TOTAL | USD      7,971,799.68 |

**PAYMENT INSTRUCTION**
CHECKED BY :   APPROVED BY :
DATE : 3/6/2001
VALUE DATE : 25/6/2001

ELEANOR. B. O'REILLY.

ALCOA WORLD ALUMINA AUSTRALIA is a trading name of Alcoa of Australia Limited ACN 004 879 298

# EXHIBIT 19

Original Invoice

# KWINALUM TRADING PTE LTD

36 ROBINSON ROAD
15-00 CITY HOUSE
SINGAPORE 0106

Invoiced To:
Aluminium Bahrain
P.O.Box 570
Manama
BAHRAIN

| | |
|---|---|
| Invoice Number: | KW94/003 |
| Invoice Date: | 19 Mar.'94 |
| Customer Reference: | |
| Payment Terms: | 30 days from B/L date |

Shipped To:
Aluminium Bahrain
BAHRAIN

PAYMENT TO BE MADE BY TELEGRAPHIC TRANSFER.
TO THE ACCOUNT OF: KWINALUM TRADING PTE LTD
Account No:
Routing No:    REDACTED
Chips No:

ROYAL BANK OF CANADA
FINANCIAL SQUARE  23rd FLOOR
NEW YORK  NY 10005 - 3531

Vessel:   "Probo Bangor"

Port of Loading:   Bunbury
Western Australia

Bill of Lading Date:   19 Mar.1994

Gross Weight:   14000 mt

Payment Due : MON.  18th APRIL 1994

94/4

| Description of Goods | Weight | Unit Price | Amount |
|---|---|---|---|
| SMELTER GRADE ALUMINA | 14,000 MT | US$ 107.00 PER MT | US$ 1,498,000.00 FOB BUNBURY W.A. |
| | | | Total US$ 1,498,000.00 |

PAYMENT INSTRUCTION
CHECKED BY:   APPROVED BY: 210
DATE: 3/4
VALUE DATE: 18/4/94

IAF  TO  BE  APPROVED
BY  GKT/01

Signature:

# KWINALUM TRADING PTE LTD

36 ROBINSON ROAD
15-00 CITY HOUSE
SINGAPORE 0106

| | | |
|---|---|---|
| Invoice Number: | KW 94/008 | |
| Invoice Date: | 26th June 1994 | |
| Payment Terms: | 30 Days from B/L date. | |

Invoiced To:

Aluminium Bahrain
P.O.Box 570
Manama
BAHRAIN

Shipped To:

Aluminium Bahrain
BAHRAIN

Vessel: "PROBO HAWK"

Port of Loading: Kwinana
Western Australia

Bill of Lading Date: 26th JUNE 1994

Gross Weight: 14000MT

*94/10*

PAYMENT TO BE MADE BY TELEGRAPHIC TRANSFER

Through : CHASE MANHATTEN. NEW YORK
  Swift Address   -
  ABA Number   -   REDACTED
  Chips Participant Number -

For the credit to the account of:
  ROYAL BANK OF CANADA. NEW YORK
  Swift Address   -
  Chips ID Number -   REDACTED

For further credit to the account of:
  KWINALUM TRADING PTE LTD
  ACCOUNT NO:   REDACTED

Payment Due :   TUES. 26th JULY 1994

| Description of Goods | Weight | Unit Price | Amount |
|---|---|---|---|
| SMELTER GRADE ALUMINA | 14,000 MT | US$<br>$107.00<br>PER MT | US$<br>$1,498,000.00<br>FOB KWINANA, W.A. |
| | | Total USD | $1,498,000.00 |

PAYMENT INSTRUCTION
CHECKED BY :   APPROVED BY :
DATE: 3/7/94
VALUE DATE : 26/7/94

*IRF to be approved*
*by C.E.*

Signature:

# EXHIBIT 20

# ALUMET ASIA PTE LTD

 

**10 Collyer Quay, 19-08 Ocean Building, Singapore 049315**

| INVOICED TO : | | INVOICE NUMBER : | AA 12001 |
|---|---|---|---|
| Aluminium Bahrain | | | |
| P.O.Box 570 | | INVOICE DATE : | 31-Dec-1999 |
| Askar 951 | | | |
| Manama   BAHRAIN | | BUYERS REF : | 00/1 |
| | | | |
| SHIPPED TO : | | PAYMENT TERMS : | 30 days from B/L Date |
| | | | |
| BAHRAIN | | PAYMENT DUE : | Monday, 31-Jan-2000 |

REMITTANCE BY TELEGRAPHIC TRANSFER
Through:

    CHASE MANHATTEN BANK, NEW YORK
    Swift Address -
    ABA Number  -    REDACTED

For the credit to the account of:
    ACCOUNT No:    REDACTED
    IN THE NAME OF
    THE ROYAL BANK OF CANADA

For further credit to:
    ACCOUNT No:    REDACTED
    IN THE NAME OF ALUMET ASIA PTE LTD

VESSEL :   "Gem of Paradip"
PORT OF LOADING :
    Kwinana,  Australia

BILL OF LADING DATE :
    31-Dec-1999
GROSS WEIGHT:
    14,333
    mt

*A lumina 2000/1*

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Smelter Grade Alumina | 14,333 mt | USD  $145.02 PER mt | USD  $2,078,571.6 F.O.B. Kwinana WA. |
| | | | INVOICE TOTAL | USD   $2,078,571.66 |

PAYMENT INSTRUCTION
CHECKED BY   APPROVED BY: 20
DATE : 12/1
VALUE DATE : 31/1/2000

ALUMET ASIA PTE LTD

ANGELA HILL

RCS000041

# ALUMET ASIA PTE LTD

*2000/00*

**ALCOA**
**AUSTRALIA**

10 Collyer Quay, 19-08 Ocean Building, Singapore 049315

| | |
|---|---|
| **INVOICED TO :**<br>Aluminium Bahrain<br>P.O.Box 570<br>Askar 951<br>Manama   BAHRAIN | **INVOICE NUMBER :**   AA 12028<br><br>**INVOICE DATE :**       28-Dec-2000<br><br>**BUYERS REF :**          00/28 |
| **SHIPPED TO :**<br><br>BAHRAIN | **PAYMENT TERMS :**   30 days from B/L Date<br><br>**PAYMENT DUE :**   Monday, 29-Jan-2001 |

**VESSEL :**   "Bulk Orion"
**PORT OF LOADING :**
      Bunbury,  Australia
**BILL OF LADING DATE :**
      28-Dec-2000
**GROSS WEIGHT:**
      36,750
      mt

REMITTANCE BY TELEGRAPHIC TRANSFER
Through:
      CHASE MANHATTEN BANK, NEW YORK
      Swift Address  -
      ABA Number   -   REDACTED
For the credit to the account of:
      ACCOUNT No:   REDACTED
      THE ROYAL BANK OF CANADA
      49TH STREET BRANCH, NEW YORK
For further credit to:
      ACCOUNT No:   REDACTED
      IN THE NAME OF ALUMET PTE LTD

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Smelter Grade Alumina | 36,750<br>mt | USD  $194.34<br>PER mt | USD       $7,141,995.00<br>F.O.B. Bunbury WA. |
| | | | **INVOICE**<br>**TOTAL**       USD | **$7,141,995.00** |

**ALUMET ASIA PTE LTD**

*for*   ANGELA HILL

RCS000042

# EXHIBIT 21



# AA ALUMINA & CHEMICALS

### Chemin du Pre de la Tour
### CH - 1009 Pully, Switzerland

ALUMINA MARKETING

INVOICED TO :

Aluminium Bahrain
P.O.Box 570
Askar 951
Manama   BAHRAIN

SHIPPED TO :

BAHRAIN

*Alumina 2002/2*

| | |
|---|---|
| INVOICE NUMBER : | AA 02203 |
| INVOICE DATE : | 19-Jan-2002 |
| BUYERS REF : | 02/02 |
| PAYMENT TERMS : | 30 days from B/L Date |
| PAYMENT DUE : | Monday, 18-Feb-2002 |

VESSEL : MV "Banasol"

PORT OF LOADING :
   Bunbury,  Australia

BILL OF LADING DATE :
   19-Jan-2002

GROSS WEIGHT:
   36,273    mt

REMITTANCE BY TELEGRAPHIC TRANSFER
Through:
CHASE MANHATTEN BANK, NEW YORK
   Swift Address  -
   ABA Number  -   REDACTED
For the credit to the account of:
   ACCOUNT No:   REDACTED
   THE ROYAL BANK OF CANADA
   49TH STREET BRANCH, NEW YORK
For further credit to:
   ACCOUNT No:   REDACTED
IN THE NAME OF AA ALUMINA & CHEMICALS

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | Smelter Grade Alumina<br>Formula Tonnage | 36,273<br>mt | USD      $216.19<br>PER mt | USD    $7,841,859.87<br>F.O.B. Bunbury WA. |
| | | | INVOICE<br>TOTAL | USD    $7,841,859.87 |

PAYMENT INSTRUCTION
CHECKED BY :   APPROVED BY :

DATE:
VALUE DATE: 18/2/2002

SANDRA AINSWORTH

AA Alumina & Chemicals is an associate company of Alcoa of Australia Ltd.

RCS000043



**ALCOA**

# AA ALUMINA & CHEMICALS SA

### 4th Floor, Alcoa Building
### Avenue d'Ouchy 61, CH-1006 Lausanne, Switzerland

ALUMINA MARKETIN

INVOICED TO :

ALUMINIUM BAHRAIN
P.O. BOX 570
ASKAR 951
MANAMA, BAHRAIN

SHIPPED TO :

BAHRAIN

*A lumina 2004/12*

| | |
|---|---|
| INVOICE NUMBER : | AA 12424 |
| INVOICE DATE : | 9-Aug-2004 |
| BUYERS REF: | 04/12 |
| PAYMENT TERMS : | 30 days from B/L Date |
| PAYMENT DUE : | **Wednesday, 08-Sep-2004** |

VESSEL : MV 'BANIYAS'

PORT OF LOADING :
BUNBURY,  AUSTRALIA

BILL OF LADING DATE :
9-Aug-2004

GROSS WEIGHT:
22,005    MT

**REMITTANCE BY TELEGRAPHIC TRANSFER TO**

**DEUTCHE TRUST COMPANY AMERICAS**
**One Bankers Trust Plaza, P.O. Box 318**
**10006 - NEW YORK (U.S.A)**
**Swift Code:**
**ABA**              REDACTED
**Favour Account Nr:**

**Royal Bank of Canada (Suisse)**
**Beneficiary (BNF):    AA Alumina & Chemicals**
**Account** REDACTED

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | SMELTER GRADE ALUMINA<br>MARKET TONNAGE | 22,005<br>MT | USD    162.83<br>PER MT | USD    3,583,074.15<br>F.O.B. BUNBURY, WA. |
| | | | INVOICE<br>TOTAL | USD    3,583,074.15 |

PAYMENT INSTRUCTION
CHECKED BY:    APPROVED BY:

*15 /8/ 04*

DATE:

VALUE DATE: *8 / 9 / 2004*

SANDRA AINSWORTH

AA Alumina & Chemicals is an associate company of Alcoa of Australia Ltd.

Our Ref  : USD1071/22283/4132/ama

Date   : [AT]

The Manager
National Bank of Bahrain
P.O. Box 106
Manama
Bahrain

Attn. Money Transfer Dept.

Dear Sir,

Please pay by telex transfer the sum of USD 12,040,937.20 (U.S. Dollar Twelve million forty thousand and nine hundred thirty seven and cents 20 only) value date 08.09.2004.

To:  Deutsche Trust Company Americas
   One Bankers Trust Plaza, P.O.Box 318
   10006 - NEW YORK (U.S.A)
   Swift Code:  REDACTED
   ABA

In favour of: Royal Bank of Canada (Suisse)
Account No.  REDACTED

For the credit of:  AA Alumina & Chemicals
      A/C No.  REDACTED

This is for Invoices Nos. AA12424, AA12423 and MIALB4012

Please debit Aluminium Bahrain Dollar Account No. REDACTED accordingly.

Yours faithfully
for **ALUMINIUM BAHRAIN B.S.C.(c)**

   —————————  —————————
      **AUTHORISED SIGNATORIES**

ORIGINAL INVOICE

# AA ALUMINA & CHEMICALS SA



ALCOA

4th Floor, Alcoa Building

Avenue d'Ouchy 61, CH-1006 Lausanne, Switzerland

19 0005 1198

ALUMINA MARKETING

INVOICED TO :
ALUMINIUM BAHRAIN
P.O. BOX 570
ASKAR 951
MANAMA, BAHRAIN

4132

SHIPPED TO :

BAHRAIN

*Alumina 2004/14*

| | |
|---|---|
| INVOICE NUMBER : | AA 14427 |
| INVOICE DATE : | 14-Sep-2004 |
| BUYERS REF: | 04/14 |
| PAYMENT TERMS : | 30 days from B/L Date |
| PAYMENT DUE : | **Thursday, 14-Oct-2004** |

VESSEL : MV 'BANASOL'

POSTED

PORT OF LOADING :
BUNBURY, AUSTRALIA

BILL OF LADING DATE :
14-Sep-2004

GROSS WEIGHT:
37,140   MT

REMITTANCE BY TELEGRAPHIC TRANSFER TO

DEUTSCHE TRUST COMPANY AMERICAS
One Bankers Trust Plaza, P.O. Box 318
10006 - NEW YORK (U.S.A)
Swift Code:
ABA                    REDACTED
Favour Account Nr:

| | |
|---|---|
| | Royal Bank of Canada (Suisse) |
| Beneficiary (BNF): | AA Alumina & Chemicals |
| | Account    REDACTED |

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | SMELTER GRADE ALUMINA FORMULA TONNAGE | 37,140 MT | USD     230.15 PER MT | USD     8,547,771.00 F.O.B. BUNBURY, WA. |
| | | | | |
| | | | INVOICE TOTAL | USD     8,547,771.00 |

PAYMENT INSTRUCTION
CHECKED BY:     APPROVED BY:
19/9/04                    20/9/04
DATE: 19/9/04
VALUE DATE: 14/10/2004

SANDRA AINSWORTH

AA Alumina & Chemicals is an associate company of Alcoa of Australia Ltd.

RCS000046

Our Ref        : USD1218/22883/4132/lhm

Date           : [AT]

The Manager
Ahli United Bank
P.O. Box 5941
Manama
Bahrain

<u>Attn. Money Transfer Dept.</u>

Dear Sir,

Please pay by telex transfer the sum of USD 12,192,645.24 (U.S. Dollar Twelve million one hundred ninety two thousand six hundred forty five and cents 24 only) value date 14.10.2004.

To:      Deutsche Trust Company Americas
         One Bankers Trust Plaza, P.O.Box 318
         10006 - NEW YORK (U.S.A)
         Swift Code:
         ABA          REDACTED

In favour of:   Royal Bank of Canada (Suisse)
Account No.     REDACTED

For the credit of:    AA Alumina & Chemicals
                      A/C No. REDACTED

This is for Invoices Nos. AA14428 AA14427 and MIALB4014

Please debit Aluminium Bahrain Dollar Account No. REDACTED    accordingly.

Yours faithfully
For **ALUMINIUM BAHRAIN B.S.C.(c)**

------------------------------          ------------------------------------

# EXHIBIT 22



2006/24

# AA ALUMINA & CHEMICALS
### Alcoa Building
### Avenue d'Ouchy 61, CH-1006 Lausanne, Switzerland

ORIGINAL INVOICE

ALUMINA MARKETING

INVOICED TO :

ALUMINIUM BAHRAIN
P.O. BOX 570
ASKAR 951
MANAMA, BAHRAIN

SHIPPED TO :

BAHRAIN

| | |
|---|---|
| INVOICE NUMBER : | AA 24624 |
| INVOICE DATE : | 12-Nov-2006 |
| BUYERS REF: | 06/24 |
| PAYMENT TERMS : | Three (3) days after receipt of shipping documents evidencing the shipment |
| PAYMENT DUE : | Thursday, 16-Nov-2006 |

VESSEL : MV 'AL MANSOUR'

PORT OF LOADING :
    BUNBURY, AUSTRALIA

BILL OF LADING DATE :
    12-Nov-2006

GROSS WEIGHT:
    56,991   MT

REMITTANCE BY TELEGRAPHIC TRANSFER TO

DEUTSCHE TRUST COMPANY AMERICAS
One Bankers Trust Plaza, P.O. Box 318
10006 - NEW YORK (U.S.A)
Swift Code:
ABA            REDACTED
Favour Account Nr:

Beneficiary (BNF):

Royal Bank of Canada (Suisse)
AA Alumina & Chemicals
Account   REDACTED

| ITEM | DESCRIPTION OF GOODS | WEIGHT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | SMELTER GRADE ALUMINA | 39,181 MT | USD   451.44 PER MT | USD   17,687,870.64 F.O.B. BUNBURY, WA. |
| | SMELTER GRADE ALUMINA | 17,810 MT | USD   282.15 PER MT | USD   5,025,091.50 F.O.B. BUNBURY, WA |
| | | | INVOICE TOTAL | USD   22,712,962.14 |

SANDRA AINSWORTH

AA Alumina & Chemicals is an associate company of Alcoa of Australia Ltd.

Our Ref          : USD3985/34139/4132/ama

Date             : [AT]

The Manager
Ahli United Bank
P.O. Box 5941
Manama
Bahrain

Attn. Money Transfer Dept.

Dear Sir,

Please pay by telex transfer the sum of USD 22,707,637.74 (U.S. Dollar Twenty two million seven hundred seven thousand six hundred thirty seven and cents 74 only) value date 20.11.2006.

To:   Deutsche Trust Company Americas
      One Bankers Trust Plaza, P.O.Box 318
      10006 - NEW YORK (U.S.A)
      Swift Code:
      ABA              REDACTED

In favour of:   Royal Bank of Canada (Suisse)
Account No.     REDACTED

For the credit of:   AA Alumina & Chemicals
                     A/C No.   REDACTED

This is for Invoices No. AA 24624 Less Credit Note No. MC ALB 6024

Please debit Aluminium Bahrain Dollar Account No.  REDACTED   accordingly.

Yours faithfully
for **ALUMINIUM BAHRAIN B.S.C.(c)**

------------------          --------------------
              **AUTHORISED SIGNATORIES**

# EXHIBIT 23

**Minutes of**
**Meeting of 20 May, 2004**


**between**
**Ministry of Finance and National Economy of**
**The Government of the Kingdom of Bahrain**
**and**
**Alcoa World Alumina**


Participants:

Alcoa: Bill Rice, Stephen Jennings, Denis Demblowski, Victor Phillip Dahdaleh

The Government of Bahrain: Mahmood Al-Kooheji

Roland Berger: Michael Wette, Oliver McFall


The participants agreed to structure the meeting around the following
three agenda points:

1. Status on structure of the transaction

2. Completion of Alcoa's due diligence at Alba

3. Initiation of the due diligence of the AWAC system by MOFNE


1. Strategic Alliance Structure. All parties agreed that the preferred structure is the one outlined in the MOU where Alcoa receives equity in Alba in exchange for providing the Government of Bahrain alumina under a Capacity Reservation Agreement. The difficulty in progressing using this structure is differences in some of the fundamental assumptions used in valuing the equity of Alba. The 3 main assumptions discussed were the long term forecasted LME price of aluminium, the discount rate used in the NPV calculation of equity and growth assumptions. The discussions concluded with Alcoa stating a strong view that:

    a. An LME price of approximately $1450 / MT is an appropriate value to use in forecasting future LME prices for a long term NPV calculation based on historical averages (14 year average $1462 / MT), most analyst's projections and the typical decay of commodity pricing due to high cost capacity being replaced by low cost capacity.

**1**

The Government of Bahrain's view is that a price around USD 1,650 per tonne is more in line with the current market price. However despite the latest dramatic increase in market prices the Government of Bahrain has not changed its previous position that a price of around USD 1,550 per tonnes is fair.

b. Based on Alcoa's expected returns on aluminium smelting, as well as industry norms, a minimum 10% discount rate is an appropriate rate to use in the NPV calculation of equity in Alba.

The Government of Bahrain's view is that for the valuation of shares the appropriate and publicly recognized method is to use cost of capital as the discount rate – which in Alba's case is 7.4% due to debt financing at favourable terms.

c. Realizing that the value / tonne of recent smelting acquisitions (Marubeni & Citic – Aluvic, Alcan – Aluoette, Century – Southwire & Mt. Holly) ranged within $2000 - $3400 / tonne and new smelting capacity can be built for $3000 - $3500 / Mt, using assumptions significantly different than the one's Alcoa is proposing, moves the value of Alba (the Government's Consultants value of approximately $5000 / MT) well outside the boundaries of the industry.

The Government of Bahrain's view is that $3000-$3500 / tonne does not reflect the investment needed for a smelter with a proven track record as one of the leading smelters of the world. Also, credible metal analysts record a significant higher number needed than $3000-$3500 / tonne for a greenfield smelter

d. In the valuation applied the Government of Bahrain have included a growth factor of the earnings of 1% per year has been included. Alcoa's opinion is that Alba has no room for growing the earnings above the stipulated steady state earnings projections.

Alcoa asked the Government's Representative to reconsider the assumptions they have been using (ie an LME price of $1550 and a discount rate of 7.7%) and respond if there is a willingness to re-evaluate. If not then both parties are willing to pursue the structural option of exchanging agreements, which gives the Government an Alumina Capacity Reservation, and Alcoa receives a percentage of metal under the Alba Off-Take agreement. In order to proceed under this structure, realizing Alcoa's Chairman received a very clear message that the top levels of the Bahraini Government want Alcoa to have an equity position, Alcoa would like to receive a documented confirmation that proceeding under this new structure is supported by the Government. The Government of Bahrain understood that $600 mill is still Alcoa's offer and that this offer cannot be changed and therefore in return the Government of Bahrain requested Alcoa to state in writing that their assumptions are not negotiable at all. The Government of Bahrain informed Alcoa that an offer has been received from another investor in the order of $ 1 billion.

It was also mentioned by the Government that they would be willing to modify some of their valuation assumptions when valuing this new structure. Alcoa stated that it

2

would use the same basic valuation assumptions for valuing either equity in Alba or a percentage of the off-take agreement. In order to proceed, it would be helpful for the Government to indicate how it would modify their valuation assumptions, significantly as it is currently in line with other investments they have made in this industry as well as with potential investment alternatives they believe to have. The Government of Bahrain is willing to discuss assumptions on the structure of a metal off-take once both parties agree that this is the structure which is the basis for further negotiations.

2. Alcoa's Due Diligence Information Requirements – It was determined that there is a problem supplying some of the follow up information requested by Alcoa during the April Due Diligence visit, caused by concerns by one of Alba's shareholders. Acknowledging the prevailing issues for concluding the due diligence at Alba the Government of Bahrain made the following comments:

a) **Outstanding questions from Alcoa's visit in April**: At the previous due diligence meeting in April the parties had agreed that Alba's management together with Roland Berger should collect relevant documentation for an earmarked list of questions submitted by Alcoa's due diligence team. All papers have been collected but the management from Alba has refused – confirmed in the meeting on a telephone conversation to Alba's finance director – to hand-over the material until written consent has been granted by all shareholders. The Government of Bahrain and Alcoa are committed to resolve this procedural issue as quick as possible.

b) **Auditor's working papers**. Alcoa expressed their dismay that the internal working papers have not been made available. Alcoa added that the alternative to not receiving the working papers is that Alcoa conducts its own accounting due diligence with a certified accounting firm.

The Government of Bahrain explained that it is not standard practice in M&A deals to make these working papers available so early in the negotiation without a preliminary offer and within a well-defined contract structure. This was confirmed by Roland Berger.

In addition, the Government of Bahrain stated that Alcoa has all relevant information at this point in time – documents and a due diligence visit – to come up with a non-binding offer. Since the access to the working papers will have confirmatory character only the Government of Bahrain and Roland Berger believe that they are not relevant at this point in time.

Nevertheless the Government of Bahrain has explored the possibilities of potentially making the working papers available after a satisfying non-binding draft purchasing contract is on the table. As of today the situation is that making the working documents available will require special approvals from the auditors

3

RCS000052

of Alba in order to comply with the liability issue for the auditors. These approvals have so far not been obtained.

c) **Technical visit at Alba**: Alcoa has made preparations for a team to visit Alba during May 23 and 25. While topics and team members have been forwarded to the Government of Bahrain the management of Alba, however, has requested a written consent from all shareholders to host this technical due diligence visit. Mahmood Al-Kooheji encouraged the Alcoa team to delay the due diligence visit until all required clearances had been obtained. Alcoa decided to let their team leave for Bahrain relying on that matters were sought out in time to begin the visit on May 23.

The Governments Due Diligence Requirements – Alcoa provided to the Government a Term Sheet on a proposed Alumina Refinery Capacity Reservation. This was reviewed and it was agreed that the first step of due diligence would be a visit to New York to review more information on the AWAC alumina refining system, including cost and capital data on each refinery. Alcoa will respond with potential dates in early June for this meeting.

In the interest of time MOFNE expressed the willingness to come to New York immediately. However Alcoa advised that such a meeting could only take place most likely during the second week of June.

Roland Berger voiced some initial concerns about the following aspects of the proposal put forward by Alcoa: It appears that the suggested transaction structure is again imbalanced to the degree that Alcoa participates in any future growth while GoB will be limited to a fixed volume forever. Furthermore, GoB will have to participate up-front in all future investments in the current AWAC operations while it will benefit in the implied efficiency improvements only over time. On the opposite Alcoa would be able to participate in any extension of the Alba smelter without having to commit any immediate investments for such extensions. Rather, those would be paid back over time by participation in the debt and interest payments. This imbalance in terms of growth as well as investment timing seems unfavourable to the Government of Bahrain.

Alcoa requested that we resolve the issue of how to proceed, as quickly a possible is it has a strong impact on further expansions of Alba and continuous alumina supply.

4

# EXHIBIT 24

Appendix 28.txt

From: Jeremy Nottingham </O=ALUMINIUM BAHRAIN/OU=ALBA/CN=RECIPIENTS/CN=U0992>
Date: 05/01/2004 11:27:25
To: Falah S. Hashim
Subject: FW: Due Diligence

Here they are.

Jeremy

-----Original Message-----
From: Deborah Brent
Sent: 22 December 2003 15:35
To: Jeremy Nottingham
Subject: FW: Due Diligence




-----Original Message-----
From: Rice, William (AWAC) [mailto:Bill.Rice@alcoa.com]
Sent: 15 December 2003 19:27
To: Bruce Hall
Cc: 'Victor Phillip Dahdaleh'; Castner, Lawrence V.; Mohajery, Michael
M.; Klingler, Jack P.; Padgett, Michael
Subject: FW: Due Diligence


Bruce,

Following up on our phone call, attached are the Due Diligence Information Lists we
would like to discuss in our Conference Call on Thursday, 18 December, at 16:00 in
Bahrain, 13:00 in London and 8:00 in Pittsburgh.  We're guessing the call should
last
between 1 and 2 hours.  The intent of the call is to start preparing for the
information
which we will need to review when we come to Bahrain in late January and to start
discussing our due diligence process.

Attached is a rough agenda to use in facilitating the call.

To make the call dial: 1 334 309 0263, when prompted dial *4125533954* (you have to
dial
the * key before and after the number).

Larry Castner will be leading the discussion for Alcoa.

Let me know if you have any questions.

Talk to you on Thursday,

Bill

> -----Original Message-----
> From:    Rice, William (AWAC)
> Sent:    Thursday, December 11, 2003 8:09 AM
> To:      'Victor Phillip Dahdaleh'
> Cc:      Castner, Lawrence V.
> Subject: Due Diligence
>
> Victor Phillip,
>
> Following up on our recent phone conversations, we appreciate your help in setting
up

Page 1

RCS000054

Appendix 28.txt

a conference call with the appropriate representatives from Bahrain to plan our Due
Diligence process.  The following is a draft agenda for our call.
>
> >  <<Agenda for Alba Diligence.doc>>
>
> One of the critical items to discuss is the information we want to review while
our
team is in Bahrain.  Attached are updated lists of this information:
>
> >  <<Alba Financial Diligence Request List.doc>> > >  <<EHS Data Needs- Bahrain
Smelter.doc>> > >  <<Alba Legal Diligence Request List.doc>> > >  <<Alba Operational

Dilegence Request List.doc>> > >  <<ALBA Tax Due Diligence.doc>> > >  <<Insurance
Due
Diligence Alba Request 031029.doc>> > >  <<ALBA HR Data Request.doc>>  > >  <<
BahrainInfoRequest.doc>>
>
> Larry Caster will be leading this process and will be the primary voice of Alcoa
on
this conference call.
>
> I will call you tomorrow to discuss how to get this information to Bahrain and to
start working on the details of our call.
>
> Hope you had a good day in Cambridge
>
> Bill
>

Page 2

RCS000055

# EXHIBIT 25

From: Castner, Lawrence V. <Lawrence.Castner@alcoa.com>
Date: 12/05/2004 22:14:31
To: Mahmood H. Al-Kooheji (E-mail)
CC: Michael Wette (E-mail); Oliver McFall (E-mail);
'Ingo_Lange@ch.rolandberger.com';
Rice, William   (AWAC); Jennings, Stephen E (Primary Products); Black, John R.;
Victor
Phillp Dahdaleh (E-mail); Ahmed Saleh Al Noaimi; Bruce Hall
Subject: Alcoa Diligence Visit to Alba May 23-25

Mahmood,

Below are the details about the Alcoa Technical Diligence Team visit to Alba on
May 23-
25.  The Team will include the following individuals:

    1.   John Black - Technical Diligence Team Leader
    2.   Jacque Caissey - Smelter Operations
    3.   Steve Lindsay - Smelter Operations
    4.   Martin Richard - Smelter Operations
    5.   Andy Baggott - Smelting Operations - Process Control
    6.   Antonio Saaverda - Smelter Operatons - Cast House Operations
    7.   Conrad Scarboro - Smelter Operations - Plant Auxiliaries
    8.   Jay Rateau - Power
    9.   Jim Connell - Power
    10.   John Lease - Environmental
    11.   Charles Haine - Environmental

All are Alcoans, except Andy Baggott (from Rockwell Automation in Bahrain),Jim
Connell (
Cummins & Banard, US) and Charles Haine (Posford Environmental in Bahrain).

Attached are the Smelting & Power diligence checklists.  They are the same as I
had
previously sent except that I have deleted those requests that are already made
during
the first diligence visit.  Most of these requests are still pending from the
last visit,
although I understand from Ingo at Roland Berger that we should be getting this
information shortly.  I deleted it from the enclosed checklist to reduce any
confusion
and redundancy although this information is still required by Alcoa to be able
to
complete its diligence.  The environmental folks will be coming to make sure
that they
can properly assess the environmental aspects of the conclusions reached by the
technical group.  The environmental professionals at Alba already have the data
requests (
many of which are still pending) from our experts from the last visit so I
thought it
would be confusing to resend the environmental checklist.

The group would like to have a general tour of the plant so that they have a
good
overall understanding of the layout before breaking up into groups.  The

Diligence Team
will plan to arrive at Alba at 9AM on Sunday, May 23, to begin the visit.

As these diligence subteams will be expecting to spend most of their time in the plant
rather than in a data room, I have asked the team to bring appropriate PPE, other than
safety hats, which we hope Alba can provide.  Unlike during the first dligence visit, I
am sure that this group will be keen to stop and go into each of the key buildings
during the general tour.

After the general tour, our diligence team would like to then split up into appropriate
subteams to complete the diligence work.  In order to facilitate Alba organizing the
right folks to work with our diligence subteams, I have identified  the area of
expertise for each of the team members.  The folks on the Smelting Operations subteam
would especially like to spend time with the Line 5 construction project teams from both
Alba and Bechtel during the visit to review the status of the project.  If there are any
questions about

I understand that the audit work paper review was scheduled to have occurred this week.
I also understand from Ingo that we should be getting access to the remaining open data
items from the first diligence visit this week.  It would be very important to get this
remaining information as soon as possible in order that we can gain the most value from
the diligence effort.

Please let me know if there are any questions about this second diligence visit and I
look foward to receipt of the open materials from our last visit.

Regards,

Larry Castner
Alcoa, Inc.
6D13 ACC
201 Isabella Street
Pittsburgh, PA 15212
Phone:  412-553-4255

RCS000057