IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALUMINIUM BAHRAIN B.S.C., <br><br> Plaintiff, <br><br> vs. <br><br> ALCOA, INC., ALCOA WORLD ALUMINA LLC, WILLIAM RICE and VICTOR DAHDALEH, <br><br> Defendants. | 2:08-CV-00299 (DWA) |

**DEFENDANTS ALCOA INC. AND ALCOA WORLD ALUMINA LLC's
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants Alcoa Inc. and Alcoa World Alumina LLC (collectively, "Alcoa Defendants"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move to dismiss plaintiff's Amended Complaint. For the reasons stated more fully in the Alcoa Defendant's Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Amended Complaint, which is being filed concurrently with this motion and which is incorporated by reference, the Amended Complaint fails to state claims against the Alcoa Defendants upon which relief can be granted and should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, the Alcoa Defendants respectfully request that this Court grant their Motion to Dismiss and enter an order pursuant to Federal Rule of Civil Procedure 12(b)(6), in the form of the proposed order attached hereto, dismissing the Amended Complaint without leave to amend.

Dated:  January 27, 2012 

Respectfully Submitted:


By:

s/  Julie North
Evan R. Chesler (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
CRAVATH, SWAINE & MOORE LLP,
Members of the Firm
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
jnorth@cravath.com

s/  Nicole Stockey
David L. McClenahan (Pa. I.D. 01301)
Andrew R. Stanton (Pa. I.D. 93409)
Nicole Stockey (Pa. I.D. 306955)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
(412) 355-6500
(412) 355-6501 (fax)
nicole.stockey@klgates.com

*Attorneys for Defendants*
*Alcoa Inc. and Alcoa World Alumina LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2012, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court through the Court's CM/ECF system, which will send notification of such filing to all registered users.

                                        /s/ Nicole A. Stockey  
                                        Nicole A. Stockey