**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

———————————————————————— x
                :
                :
ALUMINIUM BAHRAIN B.S.C.,        :
                :
        Plaintiff,       :
      -against-         :   2:08-CV-299-DWA
                :
ALCOA INC., ALCOA WORLD ALUMINA LLC,   :
WILLIAM RICE, and VICTOR DAHDALEH,    :
                :
        Defendants.      :
                :
———————————————————————— x

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Victor Dahdaleh ("Mr. Dahdaleh"), by and through his undersigned counsel,

respectfully submits this Consent Motion for Extension of Time to Answer plaintiff Aluminium

Bahrain B.S.C. ("Plaintiff")'s First Amended Complaint, and in support thereof states as follows:

1.  On June 11, 2012, this Court issued an Opinion and Order denying Mr. Dahdaleh's

motion to dismiss the Plaintiff's Amended Complaint and scheduling a status conference for June 25,

2012.

2.  Pursuant to F.R.C.P. 12(a)(4)(A), Mr. Dahdaleh's answer to Plaintiff's Amended

Complaint must be served by June 25, 2012, the same day as the ordered status conference.

3.  On June 21, 2012, defendants Alcoa World Alumina LLC and Alcoa Inc. (together, the

"Alcoa Defendants") filed a consent motion seeking an extension of time for the Alcoa Defendants to

answer Plaintiff's Amended Complaint.  The consent motion requests a 30-day extension on the basis

that the issues in the case are complicated and that Plaintiff consented to the extension.

4.      Mr. Dahdaleh's counsel have conferred with Plaintiff's counsel, and Plaintiff has agreed to a 30-day extension of time for Mr. Dahdaleh to file his answer to the Amended Complaint, consistent with the terms of the consent motion filed by the Alcoa Defendants.

WHEREFORE, Mr. Dahdaleh respectfully requests that the Court grant this Motion for Extension of Time to Answer Plaintiff's First Amended Complaint and extend the time for Mr. Dahdaleh to file his answer to the Amended Complaint to July 25, 2012.

Dated: June 21, 2012
New York, New York

                                                            Respectfully submitted,


/s/ David J. Berardinelli                                   /s/ David C. Esseks

David J. Berardinelli (Pa. ID No. 79204)                    Michael S. Feldberg
DEFOREST KOSCELNIK YOKITIS                                  David C. Esseks
SKINNER & BERARDINELLI                                      Carrie Baker Anderson
436 Seventh Avenue                                          ALLEN & OVERY LLP
Pittsburgh, PA 15219                                        1221 Avenue of the Americas
Tel. (412) 227-3100                                         New York, New York 10020
Fax. (412) 227-3130                                         Tel. (212) 610-6300
                                                            Fax. (212) 610-6399

                                                            *Attorneys for Defendant*
                                                            *Victor Dahdaleh*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of June, 2012, a true and correct copy of the foregoing Consent Motion for Extension of Time to Answer Plaintiff's Amended Complaint was served upon counsel for all parties who have appeared in this action, and with Clerk of Court using the CM/ECF system.

/s/ Carrie Baker Anderson