UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------ x
:
ALUMINIUM BAHRAIN B.S.C.,                                    :
:
                              Plaintiff,                     :
          -against-                                          :     2:08-CV-299-DWA
:
ALCOA INC., ALCOA WORLD ALUMINA LLC,                         :
WILLIAM RICE, and VICTOR DAHDALEH,                           :
:
                              Defendants.                    :
:
------------------------------------------------------------ x

**DEFENDANT VICTOR DAHDALEH'S NOTICE OF
MOTION TO STAY DISCOVERY OF DEFENDANT VICTOR DAHDALEH**

PLEASE TAKE NOTICE that, upon the memorandum of law submitted herewith and the declaration of Peter M. Watson dated July 9, 2012, Defendant Victor Dahdaleh will move this Court, before the Honorable Donetta W. Ambrose, at the United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania, 15219, at a date and time to be determined by the Court, for an order staying discovery from him and granting such other and further relief as the Court may consider appropriate.

Dated: July 9, 2012
New York, New York

                                        Respectfully submitted,

| /s/ David J. Berardinelli | /s/ David C. Esseks |
|---|---|
| David J. Berardinelli (Pa. ID No. 79204) | Michael S. Feldberg (admitted *pro hac vice*) |
| DEFOREST KOSCELNICK YOKITIS | David C. Esseks (admitted *pro hac vice*) |
| SKINNER & BERARDINELLI | Carrie Baker Anderson (admitted *pro hac vice*) |
| 436 Seventh Avenue | ALLEN & OVERY LLP |
| Pittsburgh, PA 15219 | 1221 Avenue of the Americas |
| Tel. (412) 227-3100 | New York, New York 10020 |
| Fax. (412) 227-3130 | Telephone: (212) 610-6300 |

*Attorneys for Defendant Victor Dahdaleh*