IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALUMINIUM BAHRAIN B.S.C.,<br><br>                                    Plaintiff,<br><br>vs.<br><br>ALCOA INC., ALCOA WORLD ALUMINA LLC, WILLIAM RICE and VICTOR DAHDALEH,<br><br>                                    Defendants. | 2:08-CV-00299 (DWA) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.. R. Civ. P. 41(a)(1)(A), Plaintiff Aluminium Bahrain B.S.C. and Defendants Alcoa Inc., Alcoa World Alumina LLC and William Rice hereby stipulate to the dismissal with prejudice of this action as it relates to Defendants Alcoa Inc., Alcoa World Alumina LLC and William Rice.  Aluminium Bahrain B.S.C., Alcoa Inc., Alcoa World Alumina LLC and William Rice waive all rights of appeal and each shall bear its or his own costs and attorneys' fees.

| | |
|---|---|
| ALCOA INC. | ALUMINIUM BAHRAIN B.S.C. |
| By its attorneys,<br>/s/ Andrew R. Stanton<br>David L. McClenahan (Pa. I.D. No. 01301)<br>Andrew R. Stanton (Pa. I.D. No. 93409)<br>K&L GATES LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412)-355-6500<br>Fax: (412)-355-6501<br><br>Evan R. Chesler<br>Julie A. North<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700 | By its attorneys,<br>/s/ Charles B. Gibbons (by permission)<br>Charles B. Gibbons (Pa. I.D. No. 08284)<br>BUCHANAN INGERSOLL & ROONEY PC<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 562-8800<br>Fax: (412) 562-1041<br><br>Mark J MacDougall<br>W. Randolph Teslik<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>Tel: (202) 887-4000<br>Fax: (202) 887-4288 |
| ALCOA WORLD ALUMINA LLC | WILLIAM RICE |
| By its attorneys,<br>/s/ Andrew R. Stanton<br>David L. McClenahan (Pa. I.D. No. 01301)<br>Andrew R. Stanton (Pa. I.D. No. 93409)<br>K&L GATES LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222<br>Tel: (412)-355-6500<br>Fax: (412)-355-6501<br><br>Evan R. Chesler<br>Julie A. North<br>CRAVATH, SWAINE & MOORE LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700 | By his attorney,<br>/s/ Richard Beizer (by permission)<br>Richard L. Beizer<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Suite 1100<br>Washington, DC 20004-2595<br>Tel: (202)-624-2500<br>Fax: (202)-628-5116 |

Dated: October 9, 2012

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2012, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court through the Court's CM/ECF system, which will send notification of such filing to all registered users.

      /s/ Andrew R. Stanton