IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALUMINIUM BAHRAIN B.S.C.,<br><br>                            Plaintiff,<br><br>vs.<br><br>ALCOA INC., ALCOA WORLD ALUMINA LLC, WILLIAM RICE and VICTOR DAHDALEH,<br><br>                            Defendants. | 2:08-CV-00299 (DWA) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.. R. Civ. P. 41(a)(1)(A), Plaintiff Aluminium Bahrain B.S.C. and Defendants Alcoa Inc., Alcoa World Alumina LLC and William Rice hereby stipulate to the dismissal with prejudice of this action as it relates to Defendants Alcoa Inc., Alcoa World Alumina LLC and William Rice. Aluminium Bahrain B.S.C., Alcoa Inc., Alcoa World Alumina LLC and William Rice waive all rights of appeal and each shall bear its or his own costs and attorneys' fees.

It is so ordered.

_Donetta W. Ambrose_
Donetta W. Ambrose, U.S. Sr. Dist Judge

10/11/12