IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALUMINIUM BAHRAIN B.S.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 2:08-cv-299-DWA <br> VICTOR DAHDALEH, ) <br> ) <br> Defendant. ) <br> ) | |

## [~~PROPOSED~~] ORDER

Having full considered the Stipulated Motion to Extend Time, filed on October 15, 2012, it is hereby ORDERED that the motion is GRANTED; it is further ORDERED that

1. Defendant Dahdaleh will answer the First Amended Complaint by October 29, 2012;

2. The Parties will serve their initial disclosures by October 29, 2012; and

3. Fact discovery shall commence on October 29, 2012.

Entered this __16th__ day of October 2012.

_____
Honorable Donetta W. Ambrose
Senior United States District Judge