UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 20, 2012
Panel No. GCO-021

No. 12-8104

ALUMINUM BAHRAIN B.S.C.

v.

ALCOA INC; ALCOA WORLD ALUMINA LLC; WILLIAM RICE; VICTOR DAHDALEH

Victor Dahdaleh,
  Petitioner

(W.D. Pa. No.2-08-cv-00299)

Present: FUENTES, FISHER and ROTH, Circuit Judges

1. Petition for Permission to Appeal under 28 U.S.C. § 1292(b) filed by Petitioner Victor Dahsaleh.

2. Response in opposition to 1292(b) Petition filed by Respondent.

Respectfully,
Clerk/trg

_____ORDER_____

The foregoing motion is denied.

By the Court,
/s/ Julio M. Fuentes
Circuit Judge

Dated: January 25, 2013
Trg/cc:   Patricia A. Millett, Esq.
          W. Randolph Teslik, Esq.
          Carrie B. Anderson, Esq.
          David J. Berardinelli, Esq.
          David C. Esseks, Esq.
          Michael S. Feldberg, Esq.
          Matthew S. McHale, Esq.

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.