# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALBA

Plaintiff,

vs.                                    No. 8-299

DAHDALEH

Defendant.

TYPE OF CONFERENCE: tel. status conf. ~~Case Management / Settlement Conference / Pre-Trial~~

Before Judge Ambrose

Makenzie Baird / Christopher Amar        David Berardinelli
Randy Teslik / Debra Drake
Appear for Plaintiff                     Appear for Defendant
Kristine Sendek-Smith

Hearing begun: 5/23/13 - 9:50 AM        Hearing adjourned to: _____

Hearing concluded: 5/23/13 - 10 AM      Clerk: Sherry Halfhill / (Heidi Grogan)
                                               Anne Kurzweg / Susan Schupansky

- Case status discussed
- parties agree to a short cont. of status conf. and temporary cont. of stay of disco until the matter can be fully briefed