IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALUMINIUM BAHRAIN B.S.C., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 8-299 |
| VICTOR DAHDALEH | ) |
| Defendant. | ) |

AMBROSE, Senior U.S. District Judge

## ORDER

Pending before the Court is Defendant Victor Dahdaleh's motion to extend the stay of discovery set by Order of Court on October 25, 2012. ECF No. [136]. The stay was to expire and discovery to commence on June 3, 2013. *Id.* At the request of the parties, I temporarily extended the stay until the status conference, rescheduled for July 9, 2013, and set a briefing schedule for Mr. Dahdaleh's motion. *See* March 23, 2013 text order. Plaintiff filed a brief in opposition to Defendant's motion, ECF No. [142], and Defendant filed a Reply, ECF No. [145]. After careful consideration of the parties' submissions, including the accompanying sealed documents, I find that a continuance of the discovery stay until after Mr. Dahdaleh's November 4, 2013 criminal trial in the United Kingdom is appropriate. Accordingly, I GRANT Defendant's motion at ECF No. 136.

Essentially, the parties disagree as to whether an additional six to seven month delay in the start of discovery is warranted given the latest continuance of Mr. Dahdaleh's criminal case. A U.K. contempt order prohibits public dissemination of information regarding Mr. Dahdaleh's criminal proceedings. Nevertheless, the reasons underlying my initial grant of the discovery stay

remain: (i) the facts and allegations in the civil case before me and Mr. Dahdaleh's criminal case in the United Kingdom greatly overlap, (ii) civil discovery in advance of Mr. Dahdaleh's U.K. trial could unfairly prejudice his criminal defense, and (iii) a stay until the resolution of Mr. Dahdaleh's criminal case, set to commence on November 4, 2013, will not severely prejudice Plaintiff given the history of this case. *See* Opinion and Order of Court, ECF No. 133. For all of these reasons, I now extend the stay of discovery. Mr. Dahdaleh's counsel is Ordered to keep the Court informed of any changes to the U.K. trial date and must notify the Court within seventy-two (72) hours of any continuances or a resolution of the criminal case. The Court will schedule a status conference within two weeks of the conclusion of Mr. Dahdaleh's criminal trial, set to commence November 4, 2013, and civil discovery will commence shortly thereafter.

So it is Ordered this 9th day of July, 2013.

BY THE COURT:

Donetta W. Ambrose
Senior Judge, U.S. District Court