# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Aluminum Bahrain B.S.C.
      Plaintiff,

vs.   No. 08-cv-299

Alcoa Inc, et al.,
      Defendants

TYPE OF CONFERENCE: Telephone Conference ~~Case Management / Settlement Conference / Pre-Trial~~

Before Judge Ambrose

Appear for Plaintiff: Charles Gibbons, Mark MacDougall, W. Randolph Teslik

Appear for Defendant: David Kendall, Sarah Lochner, Jonathan Paul, David Berardinelli, Joseph Petrosinelli, Victor Dadelah

Hearing begun: 11:00 am  12/16/13

Hearing concluded: 11:17 am  12/16/13

Hearing adjourned to: _____

Clerk: Sherry Halfhill / ~~Heidi Grogan~~ / Anne Kurzweg / (Susan Schupansky)

Δ's Motion to Compel Arbitration due by 1/16/14; Responses due by 2/17/14; Replies due 3/4/14.

If π files Motion for Summary Judgment prior to Court's Ruling on Motion to Compel, Δ shall have 30 days following ~~~~ Decision on Motion to Compel to Respond to the MSJ.

Δ indicated he may file Motion to Disqualify Akin Gump as π's Counsel.