UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALUMINIUM BAHRAIN B.S.C.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ALCOA, INC., ALCOA WORLD** ) <br> **ALUMINA LLC, WILLIAM RICE and** ) <br> **VICTOR DAHDALEH,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | Case No. 2:08-cv-299-DWA |

## PLAINTIFF ALUMINIUM BAHRAIN B.S.C.'S NOTICE OF APPEAL

Notice is hereby given that Aluminium Bahrain B.S.C., Plaintiff in the above-named civil action, appeals to the United States Court of Appeals for the Third Circuit from the District Court's April 28, 2014 Opinion and Order granting Defendant Victor Dahdaleh's Motion to Dismiss, as well as any other orders adverse to Plaintiff.

Respectfully submitted,

/s/ Charles B. Gibbons
Charles B. Gibbons
Christopher A. Amar
Mackenzie A. Baird
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219
(412) 562-8800

Mark J. MacDougall
W. Randolph Teslik
Kristine L. Sendek-Smith
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave. NW
Washington, DC 20036
(202) 887-4000

*Counsel for Plaintiff Aluminium Bahrain B.S.C.*